PETER C. ANDERSON
United States Trustee
Michael J. Hauser (State Bar No. 140165)
Trial Attorney
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 Stradella, LLC<br><br>        Debtor | CASE NUMBER: 8:16-bk-15156-CB<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF<br><br>DATE:   February 22, 2017<br>TIME:   10:00 a.m.<br>CTRM:   5D |

**TO THE HONORABLE CATHERINE BAUER, DEBTOR, DEBTOR'S COUNSEL AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move, and does hereby move this Court for an Order dismissing this case or converting this case to one under chapter 7 on the grounds set forth below. In addition, the U.S. Trustee hereby requests

1

that this Court fix any Quarterly Fees due and payable to the U.S. Trustee at the time of the hearing of this motion and grant judgment in favor of the United States Trustee for said fees.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*

                Respectfully Submitted,

                OFFICE OF THE UNITED STATES TRUSTEE

Dated: January 18, 2017      /s/ Michael J. Hauser
                                        Michael J. Hauser
                                        Attorney for the U.S. Trustee

//

//

//

**I.**

*INTRODUCTION*

The U.S. Trustee is seeking to dismiss or convert this case to one under Chapter 7.  With the exception of providing insurance and a Real Property Questionnaire, the Debtor has failed to comply with all of the other U.S. Trustee requirements.

**II.**

*STATEMENT OF FACTS*

**A.  Filing of Debtor's  Chapter 11 Case**

On December 21, 2016, 779 Stradella, LLC ("Debtor") filed the instant Chapter 11 petition which was assigned case number 8:16-bk-15156-CB.  ***See* the Declaration of Marilyn Sorensen ("Sorensen Dec.")** filed concurrently with this Motion to Dismiss or Convert Case.

**B. Debtor's Failure to Comply With U.S. Trustee Requirements**

The Debtor's deadline for complying with the U.S. Trustee requirements was December 29, but the U.S. Trustee extended that to January 3, 2017.  To date, the Debtor has failed to submit the following documents in compliance with the U.S. Trustee's Notice of Requirements.  These requirements include but are not limited to:

1. Evidence that debtor-in-possession bank accounts have been opened.
2. Declaration Regarding Compliance with U.S. Trustee Requirements.
3. Final bank statements evidencing that any and all pre-petition bank accounts have been closed.
4. List of Insiders
5. Financial statements including a balance sheet and a profit and loss statement.
6. A projected cash flow statement.
7. Major Issues and Timetable Report.

# III.
# POINTS AND AUTHORITIES

The U.S. Trustee respectfully submits the following memorandum of points and authorities in support of this motion to dismiss or convert this case pursuant to 11 U.S.C. §1112(b). Under 11 U.S.C. §1112(b)(1), the Court may dismiss or convert a case if a movant establishes "cause." The Court is permitted to convert or dismiss a case, whichever is in the best interest of creditors and the estate.  While 11 U.S.C. §1112 lists several factors constituting cause, the list is not exhaustive.  The Court can consider other factors as they arise, and use its equitable powers to reach an appropriate result in each case. *In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. BAP 2000).

A. **Cause Exists Because The Debtor Has Not Complied With the U.S. Trustee's Requirements**

Under §1112(b)(4)(H), the term "cause" includes "failure timely to provide information or attend meetings reasonably requested by the United States Trustee.  As set forth above, to date, the Debtor has not complied with nearly all of the requirements set forth in the U.S. Trustee's Notice of Requirements, including but not limited to the Debtor's failure to: (1) provide evidence that all pre-petition bank accounts have been closed; (2) provide evidence that debtor-in-possession bank accounts have been opened; (3) submit a Major Issues and Timetable Report; (4) provide financial statements; (5) provide a projected cash flow statement; (6) provide a list of insiders; and (7) Declaration Regarding Compliance with U.S. Trustee Requirements.

# IV.
# CONCLUSION

For each and all of the above reasons, and also based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

A. That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert this case to one under chapter 7;

B. That this Court grant judgment in favor of the United States Trustee for any unpaid quarterly fees; and

C. That this Court order such other and further relief as it deems appropriate under the circumstances, of this case.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: January 18, 2017          /s/ Michael J. Hauser
Michael J. Hauser
Attorney for the U.S. Trustee

//
//
//

**DECLARATION OF MARILYN S. SORENSEN**

I, Marilyn S. Sorensen, hereby declare as follows:

1. I am employed by the Office of the U.S. Trustee as a Bankruptcy Analyst. My duties and responsibilities include the review and analysis of Chapter 11 including the case of *In re 779 Stradella, LLC,* ("Debtor"), case number 8:16-bk-15156-CB. The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) in case number 8:16-bk-15156-CB.

2. On January 18, 2017, I accessed the Bankruptcy Court's electronic docketing system and determined that on December 21, 2016, 779 Stradella, LLC ("Debtor") filed the instant Chapter 11 petition which was assigned case number 8:16-bk-15156-CB.

3. To date, the Debtor has failed to submit any documents in compliance with the U.S. Trustee's Notice of Requirements. These requirements include but are not limited to:

   a. Evidence that debtor-in-possession bank accounts have been opened.
   b. Declaration Regarding Compliance with U.S. Trustee Requirements.
   c. Final bank statements evidencing that any and all pre-petition bank accounts have been closed.
   d. List of Insiders
   e. Financial statements including a balance sheet and a profit and loss statement.
   f. A projected cash flow statement.
   g. Major Issues and Timetable Report.

//
//
//

Case 8:16-bk-15156-CB    Doc 20    Filed 01/18/17    Entered 01/18/17 11:47:00    Desc
Main Document      Page 7 of 9

The deadline for submission of these documents was December 29, but our office extended it to January 3, 2017.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.

Executed this 18th day of January 2017 at
Santa Ana, California.

/s/ Marilyn Sorensen
MARILYN SORENSEN
BANKRUPTCY ANALYST

//

//

//

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA  9270.

A true and correct copy of the foregoing document described as **Notice of Motion and Motion by United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. § 1112(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2017** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Marc C Forsythe     kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 18, 2017,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Mr. Jeffrey Yohai**
**779 Stradella, LLC, a Delaware Limited Liability Company,**
**3991 MacArthur Blvd., Suite 125**
**Newport Beach, CA 92660**

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 18, 2017,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Honorable Catherine Bauer ---bin outside 5th Rm 5097**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/18/17 | Michael Hauser | /s/ Michael Hauser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

1 PETER C. ANDERSON
United States Trustee
2 Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
3 Ronald Reagan Federal Building &
    United States Courthouse
4 411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
5 Telephone: (714) 338-3400
Facsimile: (714) 338-3421
6 Email:  Michael.Hauser@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In re:<br><br>779 Stadella, LLC<br>                  Debtor. | CASE NUMBER:  **8:16-bk-15156-CB**<br><br>CHAPTER  11<br><br>NOTICE OF HEARING |
|---|---|

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

    NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5D,** United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California  92701, on **February 22, 2017 at 10:00 a.m.** to consider and act upon the following:

**Notice of Motion and Motion by United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. § 1112(b); and Request for Judgment for Quarterly Fees Due and Payable to the U.S. Trustee at the Time of Hearing; Declaration of Marilyn Sorensen in Support Thereof**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h)

DATED:                                                                KATHLEEN J. CAMPBELL
                                                                                   Clerk of Court