Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 8:16-BK-15156-CB<br><br>Chapter 11 Proceeding<br><br>**APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF**<br><br>[Local Bankruptcy Rule 2014-1(2)(b)]<br>[No Hearing Required] |

**TO THE HONORABLE CATHERINE BAUER, U.S. BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

779 STRADELLA, LLC, a Delaware limited liability company, Debtor and Debtor in possession herein ("Applicant" or "Debtor"), for the Chapter 11 estate in the above-referenced bankruptcy case, hereby applies to this Court for an order authorizing it to employ Goe & Forsythe, LLP, (the "Firm") as general bankruptcy counsel, pursuant to the provisions of

1

11 U.S.C. Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.  In support thereof, the Applicant respectfully represents as follows:

1. The Petition commencing this case was filed under Chapter 11 on December 21, 2016 by the Debtor.  See the Declaration of Marc C. Forsythe (" Declaration"), ¶ 2, attached hereto and incorporated herein by this reference.

2. Applicant is the Debtor and Debtor-in-Possession in this Chapter 11 case.  Forsythe Declaration, ¶ 3.

3. The Firm will render services to Debtor at the Firm's regular hourly rates, which may be subject to adjustment in the future.  Forsythe Declaration, ¶ 5.  Attached hereto as **Exhibit 1** is the Firm's resume.

4. The Firm is comprised of attorneys who specialize in insolvency, bankruptcy and corporate reorganization and is well qualified to represent Debtor in proceedings of this nature. All attorneys comprising or associated with the Firm who will render services in this case are duly admitted to practice law in the Courts of the State of California and in the United States District Court for the Central District of California.  Forsythe Declaration, ¶ 6.

5. Debtor requires the services of the Firm to render the following types of professional services:

    A. To advise and assist Debtor with respect to compliance with the requirements of the United States Trustee;

    B. To advise Debtor regarding matters of bankruptcy law, including the rights and remedies of Debtor in regard to her assets and with respect to the claims of creditors;

    C. To represent or assist Debtor and/or other professionals in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or affected;

    D. To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to this Chapter 11 case;

1        E. To advise Debtor concerning the requirements of the Bankruptcy Court and applicable rules as the same affect Debtor in this proceeding;

       F. To assist Debtor in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization;

       G. To make any bankruptcy court appearances on behalf of Debtor; and

       H. To take such other action and perform such other services as Debtor may require of the Firm in connection with this Chapter 11 case. See Forsythe Declaration, ¶ 7.

6. The Firm has agreed to receive a retainer of $12,500.00. The Firm received the retainer from Wilson Keadjian Browndorf, LLP. The Firm is not a creditor of the Debtor as of the date and time of the filing of the Petition. Forsythe Declaration, ¶8.

7. In the event the Firm seeks payment from the bankruptcy estate, the Firm intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 330, and 331 and understands that its compensation will be subject to the approval of the Court. Forsythe Declaration, ¶ 9.

8. To the best of Debtor's knowledge, and based upon the Forsythe Declaration, neither the Firm nor any of the attorneys comprising or employed by it, have any connection with the United States Trustee, Debtor, Debtor's accountant, Debtor's creditors, any other party in interest, or its respective attorneys or accountants. Forsythe Declaration, ¶10.

9. The Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14). Furthermore, the Firm does not have an interest adverse to Debtor's estate in accordance with 11 U.S.C. §327. Forsythe Declaration, ¶ 11.

10. None of the attorneys comprising or employed by the Firm is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee. Forsythe Declaration, ¶ 12.

**WHEREFORE**, Debtor prays that the Court enter its Order as follows:

1. Authorizing Debtor, based upon the foregoing and pursuant to 11 U.S.C. §327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ the Firm as its

1  general bankruptcy counsel, with compensation to be in accordance with the terms set forth

2  herein; and

3      2.   Granting such other and further relief as the Court deems just and appropriate.

4  DATED:  January __20__, 2017                        779 STRADELLA, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

By: *Jeffrey Yohai*
Jeffrey Yohai, President of Baylor Holding, Managing Member of Debtor

Respectfully presented by:
**GOE & FORSYTHE, LLP**

By: /s/Marc C. Forsythe
    Marc C. Forsythe
    Proposed Attorneys for
    Debtor and Debtor-in-Possession

4

## DECLARATION OF MARC C. FORSYTHE

I, MARC C. FORSYTHE, declare and state:

1. The matters stated herein are true and correct and within my own personal knowledge and belief. I am member of the law firm of Goe & Forsythe (the "Firm").

2. The Petition commencing this case was filed under Chapter 11 on December 21, 2016 by the Debtor.

3. Applicant is the Debtor and Debtor-in-Possession in this Chapter 11 case.

4. Applicant desires to employ the Firm as its general bankruptcy counsel to provide certain professional services to Debtor during the course of this Chapter 11 case.

5. The Firm will render services to Debtor at the Firm's regular hourly rates, which may be subject to adjustment in the future. Attached hereto as **Exhibit 1** is the Firm's resume.

6. The Firm is comprised of attorneys who specialize in insolvency, bankruptcy and corporate reorganization and is well qualified to represent Debtor in proceedings of this nature. All attorneys comprising or associated with the Firm who will render services in this case are duly admitted to practice law in the Courts of the State of California and in the United States District Court for the Central District of California.

7. Debtor requires the services of the Firm to render the following types of professional services:

    A. To advise and assist Debtor with respect to compliance with the requirements of the United States Trustee;

    B. To advise Debtor regarding matters of bankruptcy law, including the rights and remedies of Debtor in regard to her assets and with respect to the claims of creditors;

    C. To represent or assist Debtor and/or other professionals in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or affected;

    D. To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to this Chapter 11 case;

E. To advise Debtor concerning the requirements of the Bankruptcy Court and applicable rules as the same affect Debtor in this proceeding;

F. To assist Debtor in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization;

G. To make any bankruptcy court appearances on behalf of Debtor; and

H. To take such other action and perform such other services as Debtor may require of the Firm in connection with this Chapter 11 case.

8. The Firm has agreed to receive a retainer of $12,500.00. The Firm received the retainer from Wilson Keadjian Browndorf, LLP. The Firm is not a creditor of the Debtor as of the date and time of the filing of the Petition.

9. In the event the Firm seeks payment from the bankruptcy estate, the Firm intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 330, and 331 and understands that its compensation will be subject to the approval of the Court.

10. To the best of Debtor's knowledge, and based upon the Forsythe Declaration, neither the Firm nor any of the attorneys comprising or employed by it, have any connection with United States Trustee, Debtor, Debtor's accountant, Debtor's creditors, any other party in interest, or its respective attorneys or accountants.

11. The Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14). Furthermore, the Firm does not have an interest adverse to Debtor's estate in accordance with 11 U.S.C. §327.

12. None of the attorneys comprising or employed by the Firm is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee.

13. Immediately below is a list of the professionals employed by the Firm and their current hourly rates:

| **Professionals** | **Hourly Rate** |
|---|---|
| Robert P. Goe | $300.00 |

| | | |
|---|---|---|
| 1 | Marc C. Forsythe | $300.00 |
| 2 | **Associates** | |
| 3 | Donald W. Reid | $300.00 |
| 4 | Charity J. Miller | $295.00 |
| 5 | **Legal Assistants** | |
| 6 | Kerry A. Murphy | $140.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 20th day of January 2017, at Irvine, California.

/s/Marc C. Forsythe
MARC C. FORSYTHE

# EXHIBIT 1

# EXHIBIT 1

# GOE & FORSYTHE, LLP

18101 Von Karman Avenue, Suite 1200, Irvine, California 92612
Tel (949) 798-2460, Fax (949) 955-9437

      The Firm practices in the fields of bankruptcy, insolvency, corporate reorganization, workouts, as well as commercial litigation. By restricting its practice to these fields, the Firm is able to keep abreast of the rapid advances and the frequent changes in bankruptcy and commercial litigation jurisprudence. The Firm has extensive experience representing debtors, creditors, bankruptcy trustees, creditors committees, asset purchasers, as well as both plaintiffs and defendants in business litigation matters. The Firm's clients include publicly and closely held companies as well as partnerships and individuals.

## MEMBERS OF FIRM

      **ROBERT P. GOE**, born in Los Angeles, California, June 13, 1963; admitted to the State Bar of California 1988; admitted to the United States District Court for the Central District of California December 1988; Ninth Circuit Court of Appeals 1988; Tenth Circuit Court of Appeals 2003. **Education**: California State University at Long Beach (B.A. in Political Science, 1985); Southwestern University School of Law (J.D., 1988). Recipient, American Jurisprudence Award, Labor Law and Evidence, Member of Southwestern University School of Law, Law Review and Research Editor. **Area of Specialization:** Bankruptcy and creditor's rights practice. Representative matters include: representation of creditors and debtors in Chapter 11 reorganization, workouts, and related matters. **Instructor:** Legal Writing and Bankruptcy Law, University of California, Irvine, 1991-1994; Continuing Education for Legal Assistant Program, University of California, Irvine 1992. Advisor for UC Irvine Legal Assistantship Certification Program Advisory Committee. **Law Clerk:** Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, 1988-1989. Extern to Honorable Cynthia Holcomb Hall, U.S. Court of Appeals, Ninth Circuit, 1988. **Professional History:** Founding Partner of Marshack & Goe, LLP, 1993; Founding Partner of Goe & Forsythe, LLP, 1998. **Publications:** "Buckling Up: How the Mandatory Seat Belt Law Affects the Seat Belt Defense," Southwestern University Law Review, Vol 17:3, Spring 1988. **Member:** Orange County Bar Association (Member, Commercial Law and Bankruptcy Section); State Bar of California; Orange County Bankruptcy Forum; Inland Empire Bankruptcy Forum.

      **MARC C. FORSYTHE**, born January 4, 1961; admitted to the State Bar of California 1991; admitted to the United States District Court for the Central District of California August 1991; admitted to the Ninth Circuit Court of Appeals, 2005; Certified Public Accountant, 1984. **Education**: University of Nevada at Reno, (B.A., Accounting with honors, 1984) McGeorge School of Law, (J.D., 1990);. **Honors:** American Jurisprudence Award: Reorganizations, Recapitalizations and Insolvencies; Decedents, Estates and Trusts. Member of the Pacific Law Journal, 1988-1989; Case Note Editor for the Pacific Law Journal, 1989-1990. **Area of Specialization:** Commercial and civil litigation, bankruptcy and creditor's rights practice. Representative matters include: representation of creditors in Chapter 11 reorganization, workouts, and civil business litigation matters. **Professional History:** Partner, Goe & Forsythe, LLP, July 1998;

Associate, Frankel & Tennant Professional Corporation, April 1996 to June 1998; Associate, Brobeck, Phleger & Harrison, September 1991 to April 1996; CPA, Ernst & Young (formerly Arthur Young), 1984-1987.  **Law Clerk:**  Honorable James N. Barr, Judge United States Bankruptcy Court, 1990 to 1991. **Publications:**  "Undercollateralized Creditors Cry Timber to the Right to Compensation for Interest on the Value of Collateral," Pacific Law Review, Vol. 20, Summer 1989.  **Member:**  American Bar Association; State Bar of California; Orange County Bar Association, Commercial Law and Bankruptcy Sections; Orange County Bankruptcy Forum; American Bankruptcy Institute.  Certified Public Accountant in State of Nevada; Member of the Nevada Society of Certified Public Accounts; Member of the American Institute of Certified Public Accountants through 1990.  Admitted to practice in all California state courts; all California federal courts; the United States Court of Appeals for the Ninth Circuit (March 2005).

## ASSOCIATES

**DONALD W. REID**, born Orange, California, June 19, 1983; Admitted to the State Bar of California 2011; admitted to the United States District Court for the Central District of California 2014.  **Education:** University of Oregon School of Law, Eugene, OR (JD, 2011); California Lutheran University (B.S. in Environmental Science, 2006).  **Area of Specialization:** Bankruptcy debtor and creditor's rights practice. Representative matters include: representation of trustees, creditors and debtors in Chapter 7 liquidation, Chapter 11 reorganization, workouts and civil business litigation matters.  **Professional History:**  Associate, Goe & Forsythe, LLP, 2014 – present; Judicial Extern to the Honorable Sheri A. Bluebond, U.S. Bankruptcy Judge, Central District of California, June 2010 – August 2010; Environmental Scientist, AECOM Environmental, June 2006 – June 2008.  **Law Clerk:**  Rotating Law Clerk for the Honorable Barry Russell, Honorable Ernest Robles, Honorable Sheri Bluebond, Honorable Richard Neiter, Honorable Robert Kwan, Honorable Deborah Saltzman, Honorable Sandra Klein, Honorable Neil Bason, and Honorable Julia Brand, United States Bankruptcy Court (Los Angeles Division), 2011 to 2014.  **Member**: State Bar of California; Inland Empire Bankruptcy Forum.

**CHARITY J. MILLER**, born Ashland, Oregon, January 15, 1985; Admitted to the State Bar of California 2012; admitted to the United States District Court for the Central District of California 2012. **Education**: Chapman University School of Law, Orange, CA (JD, 2012); University of California, Irvine (B.A. Political Science and Sociology, 2008). **Areas of Practice**: Bankruptcy debtor and creditor's rights practice, civil litigation. Representative matters include: representation of debtors in chapter 13 and 11 reorganization, chapter 7 liquidation, representation of trustees, and civil business litigation matters. **Professional History**: Associate, Goe & Forsythe, LLP, 2015 –present; Associate, The Langley Law Firm, 2012 to 2015. **Law Clerk**: The Langley Law Firm, 2011 to 2012.  Chapman Family Violence Clinic (summer intern and certified law clerk), 2011. The Anderson Law Group, 2010. Member: State Bar of California; Orange County Bankruptcy Forum; Inland Empire Bankruptcy Forum.

## LEGAL ASSISTANT

**KERRY A. MURPHY**, born Brooklyn, New York, February 24, 1961; Education: Kingsborough College 1978-1981; Professional History:  Receptionist, Ross &

Cohen, New York, New York, January 1981 – July 1986; Head Teller, Bank of Newport, Newport Beach, California, October 1986 – March 1987; Personal Assistant, MortgageFlex, Irvine, California, April 1987 – July 1989; Senior Legal Assistant, The Buckley Firm, Mission Viejo, California, August 1989 – March 1997; Foreclosure Trustee Sale Officer, SBS Trust Deed Network, Huntington Beach, California, April 1997 – July 1998; Legal Assistant Goe & Forsythe, LLP, August 1998 – Present.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 20, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 20, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |