PETER C. ANDERSON
United States Trustee
Michael Hauser  (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   Michael.Hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 Stradella, LLC, a Delaware limited liability company<br><br>                    Debtor | CASE NUMBER:  8:16-bk-15156-CB<br><br>CHAPTER 11<br><br>LIMITED OBJECTION OF U.S. TRUSTEE TO DEBTOR'S APPLICATION TO EMPLOY GOE & FORSYTHE, LLP AS GENERAL BANKRUPTCY COUNSEL<br><br><br><br>DATE:   HEARING REQUESTED<br>TIME:<br>CTRM:   5D |

**TO THE HONORABLE CATHERINE BAUER, DEBTOR, PROPOSED DEBTOR'S ATTORNEY, AND PARTIES IN INTEREST:**

The U.S. Trustee files this limited objection to the employment of Goe & Forsythe as general bankruptcy counsel ("the Firm") and requests a hearing on the matter pursuant to Local Bankruptcy Rules 2014-1(b)(5) and 9013-1(o)(4), absent a resolution of the matter.

1

The bases for the U.S. Trustee's limited objection to the Firm's application are as follows:

**(1) Third Party Retainer From Wilson Keadjian Browndorf, LLP**

At page 3, paragraph 6, the application states that the Firm received a third-party retainer from an entity named Wilson Keadjian Browndorf, LLP. While the U.S. Trustee does not have a *per se* rule against third party retainers, at a minimum the Firm is required to adhere to the principles set forth in *In re Lotus Properties*, 200 B.R. 338 (Bankr. C.D. Cal. 1996). In short, that case requires that the facts and circumstances surrounding the third-party retainer be vetted to ensure that the Firm's loyalty is not compromised such that it now runs to the third-party who furnished the retainer. Accordingly, the Firm needs to supplement its application to provide full disclosure and analysis about the role of Wilson Keadjian Browndorf, LLP in this case.

**(2) Representation of Multi-Affiliated Parties**

The Firm has filed employment applications in four affiliated cases before this Court (8:16-15156-CB, 8:16-15157-CB, 8:16-15171-CB and 8:16-15243-CB). As a matter of law, there are a number of cases which support the notion of one law firm representing affiliated entities. *See, In re Global Marine*,108 B.R. 998 (Bkrtcy.S.D.Tex. 1987). However, this case is factually distinguishable in at least one important respect and, therefore, requires this Court to fashion appropriate safeguards for creditors. Unlike this case, the issue of one firm representing affiliated debtors arose in *Global Marine, supra*, at an interim fee application hearing ten months into the case. Thus, the court there had the benefit of empirical evidence when it reached its conclusion that the use of single counsel had not caused injury to one of the entities as a result of the dual representation. *Global Marine*, 108 B.R. at 1004.

By contrast, in this case the affiliated debtors have not filed their schedules and statement of financial affairs, their section 341(a) meetings of creditors have not been conducted, and there are no creditors' committee counsel for any of the debtor entities because the U.S. Trustee has not received sufficient interest to form a committee in any of these cases. Accordingly, the U.S. Trustee proposes that the orders approving the representation of these affiliated entities shall not cut off the rights of parties in interest, the U.S. Trustee, or this Court on its own motion, to seek

the assignment of causes of actions, including but not limited to chapter 5 causes of action, at any time during the pendency of this case.

In conclusion, the Firm's representation of all four debtors probably makes sense because separate counsel will provide little assurance to creditors when the same principal of all four debtors is directing counsel for all four debtors. Rather, what will provide assurance to creditors is the rights of parties to seek the assignment of causes of actions at any time during the pendency of this case or other such similar remedy that may be fashioned by this Court.

For all of the forgoing reasons, the application should be set for hearing absent resolution of the matter.

DATED: January 26, 2017

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Michael Hauser
By: Michael Hauser
    Attorney for the U.S. Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA 92701. A true and correct copy of the foregoing document described as **LIMITED OBJECTION OF U.S. TRUSTEE TO DEBTOR'S APPLICATION TO EMPLOY GOE & FORSYTHE, LLP AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 26, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 26, 2017,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Mr. Jeffrey Yohai**
**779 Stradella, LLC, a Delaware Limited Liability Company,**
**3991 MacArthur Blvd., Suite 125**
**Newport Beach, CA 92660**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 26, 2017,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Honorable Catherine Bauer**---bin outside Rm 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 26, 2017    Michael Hauser    /s/ Michael Hauser