Marc C. Forsythe – SBN 153854
Donald W. Reid – SBN 281743
Charity J. Miller – SBN 286481
Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com
949-798-2460/Fax: 949-955-9437

Proposed Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

**FILED & ENTERED**

**MAR 01 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISON

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware limited liability company,<br><br>       Debtor and Debtor in Possession. | Case No. 8:16-bk-15156-CB<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY GOE & FORSYTHE, LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date:  February 22, 2017<br>Time: 10:00 a.m.<br>Courtroom:    5D<br>Address: 411 W 4th Street<br>        Santa Ana, CA 92701 |

A hearing was held on February 22, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtor's Application to Employ Goe & Forsythe, LLP as General Bankruptcy Counsel filed January 20, 2017 as Docket #24 ("Application").  Appearances were made as noted on the record.

    //

    //

    //

The Court having read and considered the Application, heard the statements of counsel, noted the U.S. Trustee's limited objection and with good cause shown,

IT IS ORDERED

1.)    The Application is approved with employment pursuant to 11 U.S.C. § 327.

2.)    The approval of the Firm's employment does not prevent this Court, on its own motion, or any party in interest or the United States Trustee's Office from applying to the Court to seek assignment of and/or pursue any causes of action, including, but not limited to, Chapter 5 causes of action, at any time during the pendency of this case.

                                            ###

Date: March 1, 2017

                                    Catherine Bauer
                                    United States Bankruptcy Judge