Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware limited liability company<br><br>　　　　Debtor and Debtor in Possession. | Case No. 8:16-BK-15156-CB<br><br>Chapter 11 Proceeding<br><br>**UPDATED CHAPTER 11 STATUS CONFERENCE REPORT**<br><br>Hearing Date: August 23, 2017<br>Time:　　　　10:00 a.m.<br>Courtroom:　　5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS, INTERESTED PARTIES AND THE UNITED STATES TRUSTEE:**

　　Debtor and Debtor-in-possession 779 Stradella, LLC, a Delaware limited liability company ("Debtor") hereby files this Updated Chapter 11 Status Conference Report. Debtor filed its Chapter 11 proceeding on December 21, 2016.

**I.　　STATUS OF CLOSING SALE OF PROPERTY.**

　　For a variety of reasons, DCM P-8, LLC, a Delaware limited liability company, the Buyer ("Buyer") requested and Debtor agreed on August 2, 2017 to amend the Purchase and Sale

1

Agreement for the real property located at 779 Stradella Road, Los Angeles, CA 90027, consisting of a single family residence and improvements and more particularly described herein, including any and all improvements to such property (the "Stradella Property"), which was approved by this Court by order entered on June 25, 2017 (DKT. #85). The August 2, 2017 amendment extends the close of escrow from August 21, 2017 to October 13, 2017. A true and correct copy of the August 2, 2017 amendment is attached hereto as **Exhibit "A"**. Thereafter, Debtor's counsel negotiated extensively with first lienholder Genesis Capital Master Fund II, LLC ("Genesis") for the additional time needed by the Buyer to conduct its due diligence. Genesis and the Debtor have orally agreed to terms that will be presented through the filing of an Ex Parte Application for Court approval at a Rule 9019 motion prior to the August 23, 2017 status conference. The terms include extending close of escrow to November 21, 2017 and increasing the monthly payment.

**II.    STATUS OF CLAIMS FILED AFTER JUNE 21 SALE HEARING.**

As noted at the June 21, 2017 sale hearing, the claims bar date for the Debtor was July 14, 2017. No unknown claims or claims in excess of previously known claims were filed as of July 14, 2017. Therefore, Debtor will be able to pay all allowed claims from the proceeds of the sale of the Property.

DATED:  August 21, 2017                    Respectfully submitted by,

                                                    **GOE & FORSYTHE, LLP**

                                                    **By:** /s/Marc C. Forsythe
                                                        Marc C. Forsythe
                                                         Attorneys for 779 Stradella, LLC, Debtor
                                                         and Debtor in possession

# EXHIBIT A

## AMENDMENT TO PURCHASE AND SALE AGREEMENT
## AND JOINT ESCROW INSTRUCTIONS

By this AMENDMENT TO PURCHASE AND SALE AGREEMENT AND ESCROW INSTRUCTIONS (the "Amendment"), between 779 Stradella, LLC, a California limited liability company ("Seller"), debtor-in-possession in U.S. Bankruptcy Court Case No. 8:16-bk-15156-CB ("Bankruptcy Case") and DCM P-8, LLC, a Delaware limited liability company, or its assignee ("Buyer"), Seller and Buyer agree that the Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated June 5, 2017 (the "Agreement") be amended and modified as follows.

1. Expiration of Due Diligence Period. The expiration of the Due Diligence Period described in Section 1.3 of the Agreement and currently scheduled to occur August 14, 2017 is hereby extended for a period of sixty (60) days to October 13, 2017.

2. Closing Date. The proposed closing date for the transaction described in Section 1.2 of the Agreement currently scheduled to occur August 21, 2017 is hereby extended for a period of sixty (60) days to October 20, 2017

3. Counterparts. This Amendment may be executed in one (1) or more counterparts, each of which shall be deemed an original and all, taken together, shall constitute one (1) and the same instrument. This Amendment may be executed and transmitted via facsimile or electronic mail. Any such copy containing a facsimile or electronically scanned original signature shall be deemed to be an original of this Amendment.

4. Miscellaneous. Except as modified hereby, the Agreement shall remain in full force and effect. Unless otherwise indicated, capitalized terms used herein shall have the meanings ascribed to such terms in the Agreement.

Dated this 2nd day of August 2017.

**SELLER:**

779 Stradella LLC, a California limited
liability company, debtor-in-possession
in U.S. Bankruptcy Court
Case No. 8:16-bk-15156-CB

By:   Baylor Holding, LLC
Its:   Manager

By:  _____
Name: Jeffrey Yoh[ai]
Title: Managing Member

**BUYER:**

DCM P-9, LLC, a Delaware limited
liability company

By:  _____
Name: MR. MOHIT K. AGARWAL
Title: MANAGING DIRECTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **UPDATED CHAPTER 11 STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Michael J Hauser    michael.hauser@usdoj.gov
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 21, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 21, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**SERVED BY UNITED STATES MAIL**:

**In re 779 Stradella, LLC
USBC Case
#8:16-bk-15156-CB**

**Debtor**
779 Stradella, LLC
3991 MacArthur Blvd #125
Newport Beach, CA 92660

**United States Trustee**
United States Trustee
411 West Fourth Street, #7160
Santa Ana, CA 92701-4500

**CREDITORS**

California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808

Crest Real Estate, LLC
11150 W. Olympic Blvd.
Suite 700
Los Angeles, CA 90064

Feffer Geological Consulting
1990 S Bundy Dr # 400
Los Angeles, CA 90025

Genesis Capital Master
Fund II, LLC
Attn Lending Department
21650 Oxnard Street
Suite 1700
Woodland Hills, CA 91367

Parker Resnick
1927 Pontius Avenue
Los Angeles, CA 90025

Paul Manafort
721 Fifth Avenue #43G
New York, NY 10002

Steve Opdahl Surveying
206 Dryden St
Thousand Oaks, CA 91360

The Tree Resource
PO Box 49314
Los Angeles, CA 90049

Vantage Design Group
~~2634 S La Cienega Blvd~~
~~Los Angeles, CA 90034~~
RTS Unable to Fwd 01-26-17

**Request for Special Notice**
Richard M. Pachulski, Esq.
Jeffrey W. Dulberg, Esq.
PACHULSKI STANG et al
10100 Santa Monica Blvd.,
13th Floor
Los Angeles, CA 90067

Baylor Holding, LLC
779 Stradella Road
Los Angeles, CA 90077-3307

Jeffrey Yohai
30254 Morning View Drive
Malibu, CA 90265-3617

Los Angeles County Tax
Collector
PO Box 54018
Los Angeles, CA 90054-0018

LA County Treasurer & Tax
Collector
PO Box 54110
Los Angeles, CA 90054-0110

4