1  Marc C. Forsythe - State Bar No. 153854
   Charity J. Miller – State Bar No. 286481
2  **GOE & FORSYTHE, LLP**
   18101 Von Karman Avenue, Suite 1200
3  Irvine, CA 92612
   mforsythe@goeforlaw.com
4  cmiller@goeforlaw.com
   Telephone:  (949) 798-2460
5  Facsimile:   (949) 955-9437

6  Attorneys for 779 Stradella, LLC
   Debtor and Debtor in Possession

7               **UNITED STATES BANKRUPTCY COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

9
                                        Case No. 8:16-bk-15156 CB
10
                                        Chapter 11 Case
11
   In re:                               **NOTICE OF MOTION AND MOTION FOR
12                                       ORDER:**
   779 STRADELLA, LLC, a Delaware
13 liability company,                   **(1) APPROVING AMENDMENT TO
                                            PURCHASE AND SALE AGREEMENT
14        Debtor and Debtor in Possession.   BETWEEN DEBTOR AND BUYER TO
                                            EXTEND DUE DILIGENCE PERIOD
15                                          AND CLOSING DATE AND INCREASE
                                            ADEQUATE PROTECTION PAYMENTS;**
16
                                        **(2) APPROVING AMENDING JUNE 23, 2017
17                                          SALE ORDER [DOCKET NO. 85];AND**
18
                                        **(3) AUTHORIZING BUYER TO DISBURSE
19                                          ADEQUATE PROTECTION PAYMENTS
                                            TO GENESIS**
20
                                        **MEMORANDUM OF POINTS AND
21                                       AUTHORITIES AND DECLARATION OF
                                        MARC C. FORSYTHE IN SUPPORT
22                                       THEREOF**
23
24
25                                      Date:       October 4, 2017
                                        Time:       10:00 a.m.
26                                      Place:      5D
27
28

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY**

**JUDGE, AND THE UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on **October 4, 2017** at **10:00 a.m**. in **Courtroom 5D** of the

United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, CA 92701, Debtor

and Debtor-in-possession 779 Stradella, LLC ("Debtor") will move this Court for the entry of an

order approving the below-described amendment to the terms of the purchase and sale agreement

("Purchase Agreement") between Debtor and to DCM P-9, LLC, a Delaware limited liability

company ("Buyer" or "DCM P-9") previously approved by Order of the Court ("Sale Approval

Order") entered on June 23, 2017 [Docket No.85] that granted Debtor's motion to sell ("Sale Motion"

and "Sale") its interests in the real property located at 779 Stradella Road, Los Angeles, CA 90027

("Stradella Property") to the Buyer.  Debtor also moves the Court to amend the Sale Approval Order

and authorize the increased adequate protection payments to Genesis Capital Master Fund II, LLC

("Genesis") as set forth hereinbelow.

Pursuant to the Purchase Agreement and Sale Approval Order, Debtor is authorized to sell the

Stradella Property to Buyer for $7,777,540.78.    As noted in the Sale Motion, the proceeds from the

Sale of the Stradella Property to DCM P-9 will result in the payment of all secured claims against the

Stradella Property (excluding an insider lien which will be waived if the sale closes).  Accordingly, the

Sale is in the best interests of the estate.

Debtor and Buyer have diligently been working toward closing the Sale and escrow is open,

however, the Buyer requires additional time to complete its diligence.  Accordingly, the Debtor and

Buyer entered into an agreement that provided a brief extension of the diligence deadline until

October 13, 2017, and deadline to close the sale of approximately sixty (60) days from August 21,

2017 to October 20, 2017.

Subsequently, Debtor and Buyer negotiated with Debtor's largest secured creditor, Genesis, to

extend the diligence period further to November 14, 2017 and the deadline to close to November 21,

2017 ("Extension Date").  The Buyer has further agreed to continue making monthly adequate

protection payments to Genesis in the amount of $73,782.90 due as follows: (1) the first payment is

due on or before August 23, 2017, (2) the second payment is due on September 21, 2017, and (3) the

third payment is due on October 21, 2017 (collectively, "Adequate Protection Payments").  Debtor has also agreed that it will not oppose a motion to dismiss this case if any of the Adequate Protection Payments are not timely made or if the Sale fails to close on the Extension Date.

In sum, the Sale is in the best interests of the estate and the Court has already approved the bona fides of the terms of the Sale.  The parties merely require an extension of the deadline to close the Sale to complete diligence, a common occurrence in real property transactions of this proportion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice of Motion, the Motion and the Declaration of Marc C. Forsythe attached thereto, the documents and pleadings on file herein, all judicially noticeable facts, the arguments and representations of counsel, and such other evidence as may be presented prior to or at the scheduled hearing.

**IF YOU DO NOT OPPOSE THE MOTION, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, YOU MUST SERVE AND FILE A WRITTEN OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE SUCH WRITTEN OBJECTION UPON THE DEBTOR TO WHOSE MOTION THE OBJECTION IS BEING FILED, AT THE ADDRESS SET INDICATED IN THE UPPER LEFT-HAND CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, SUITE 7160, SANTA ANA, CA 92701. OBJECTIONS MUST BE SERVED AND FILED NO LATER THAN FOURTEEN (14) DAYS PRIOR TO THE DATE SET FOR HEARING AS INDICATED ABOVE. YOU MUST FILE YOUR OPPOSING PAPERS AND PROOF OF SERVICE THEREOF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. ANY FAILURE TO TIMELY FILE AND SERVE ANY SUCH OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED. FOR FURTHER INFORMATION, SEE LOCAL BANKRUPTCY RULF 9013-1.**

1

2

Dated:  September 13, 2017                    Respectfully submitted by:

3

**GOE & FORSYTHE, LLP**

4

By:     */s/ Marc C. Forsythe*

5

Marc C. Forsythe

6

Attorneys for Debtor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION  AND STATEMENT OF FACTS**

On June 23, 2017, the Court entered an order [Docket #85] approving the sale of the Debtor's interests in the real property located at 779 Stradella Road, Los Angeles, CA 90027, consisting of a single family residence and improvements and more particularly described herein, including any and all improvements to such property (the "Stradella Property") to DCM P-9, LLC, a Delaware limited liability company (the "Purchaser" , "Buyer" or "DCM P-9")(the "Sale Approval Order").  See Declaration of Marc C. Forsythe, ¶ 1, attached hereto and incorporated herein by this reference (the "Forsythe Dec.").

As noted in the Sale Motion, the proceeds from the Sale of the Stradella Property to DCM P-9 will result in the payment of all secured claims against the Stradella Property (excluding an insider lien which will be waived if the sale closes).  Accordingly, the Sale is in the best interests of the estate.   See Forsythe Dec., ¶ 2.

Debtor and Buyer have diligently been working toward closing the Sale and escrow is open, however, the Buyer requires additional time to complete its diligence.  Accordingly, the Debtor and Buyer entered into an agreement that provided a brief extension of the diligence deadline until October 13, 2017, and deadline to close the sale of approximately sixty (60) days from August 21, 2017 to October 20, 2017.  A true and correct copy of the October 20, 2017 extension is attached as **Exhibit "A"** to the See Forsythe Dec., and incorporated herein by this reference.  See Forsythe Dec., ¶ 3.

Subsequently, Debtor and Buyer negotiated with Debtor's largest secured creditor, Genesis, to extend the diligence period further to November 14, 2017 and the deadline to close to November 21, 2017 ("Extension Date").  The Buyer has further agreed to continue making monthly adequate protection payments to Genesis in the amount of $73,782.90 which are due as follows: (1) the first payment is due on or before August 23, 2017, (2) the second payment is due on September 21, 2017, and (3) the third payment is due on October 21, 2017 (collectively, "Adequate Protection Payments").  In consideration for its agreement to the Extension Date, Debtor has also agreed that it

will not oppose a motion to dismiss this case if any of the Adequate Protection Payments are not timely made or if the Sale fails to close on the Extension Date.  See Forsythe Dec., ¶ 4.

In sum, the Sale is in the best interests of the estate and the Court has already approved the bona fides of the terms of the Sale.  The parties merely require an extension of the deadline to close the Sale to complete diligence, a common occurrence in real property transactions of this proportion.

The proceeds from the proposed Stradella Property sale to DCM P-9 will result in the payment of all secured claims against the Stradella Property (excluding an insider lien which will be waived if the sale closes), and all other allowed or stipulated claims against the Debtor.  See Forsythe Dec., ¶ 5.

As of the date of the filing of this Motion, Debtor has paid to Genesis the first adequate protection payment of $73,782.90.  See Forsythe Dec., ¶ 6.

## II.  ARGUMENT

### A.  The Court Should Authorize Amending the Sale Approval Order, the Amendment to the Purchase Agreement and The Further Increased Adequate Protection Payments to Genesis.

Section 105(a) of the Bankruptcy Code authorizes the Court to issue any order that is necessary or appropriate to carry out the provisions of this title.  In order for the creditors to be paid in this case pursuant to the Sale Approval Order, Debtor and DCM P-9 need additional time to close the sale.  Genesis demanded and Buyer agreed to increase the Adequate Protection payments set forth in the Sale Approval Order from $59,500.00 to $73,782.90.  The payment of $73,782.90 covers all interest due to Genesis on a monthly basis, such that the Debtor's estate is not harmed by an increasing debt balance owed to Genesis by extending the closing date from August 21, 2017 (per the Sale Approval Order and the Purchase Agreement) to no later than November 21, 2017.  Furthermore, Debtor has also agreed that it will not oppose a motion to dismiss this case if any of the Adequate Protection Payments are not timely made or if the Sale fails to close on the Extension Date.

## III.  CONCLUSION

Based on the arguments and evidence presented hereinabove, Debtor respectfully requests that this Motion be granted in its entirety and that an order be entered that:

(1) Amends the June 23, 2017 Sale Order [Docket No. 85] to extend the closing date to on or before November 21, 2017;

(2) Amends the June 23, 2017 Sale Order [Docket No. 85] to increase the Adequate Protection Payments from $59,500.00 to $73,782.90 due as follows: (a) the first payment is due on or before August 23, 2017, (b) the second payment is due on September 21, 2017, and (c) the third payment is due on October 21, 2017;

(3) Approves the amendment to the Purchase Agreement to conform with the amendments to the June 23, 2017 Sale Order [Docket No. 85] noted in #1 and #2 hereinabove; and

(4) Authorizes Buyer to disburse the increased adequate protection payment to Genesis as noted in #2 hereinabove.

Dated:  September 13, 2017              Respectfully submitted by:

                                        **GOE & FORSYTHE, LLP**


                              By:    */s/ Marc C. Forsythe*_____
                                       Marc C. Forsythe
                                       Attorneys for Debtor

### DECLARATION OF MARC C. FORSYTHE

I, Marc C. Forsythe, declare and state:

I am a partner of Goe & Forsythe, LLP, counsel to 779 Stradella, LLC, the Debtor herein.  I make this declaration in support of Debtor's *Notice of Motion and Motion for Order: (1)Approving Amendment to Purchase and Sale Agreement Between Debtor and Buyer to Extend Due Diligence Period and Closing Date and Increase Adequate Protection Payments; (2) Approving Amending June 23, 2017 Sale Order [Docket No. 85]; and (3) Authorizing Buyer to Disburse Adequate Protection Payments to Genesis* ("Motion").  The facts set forth herein are personally known to me and, if called as a witness, I could and would testify thereto.  The defined terms utilized in this Declaration have the same meaning as those set forth in the Motion to which this Declaration is attached.

1.      On June 23, 2017, the Court entered an order [Docket #85] approving the sale of the Debtor's interests in the real property located at 779 Stradella Road, Los Angeles, CA 90027, consisting of a single family residence and improvements and more particularly described herein, including any and all improvements to such property (the "Stradella Property") to DCM P-9, LLC, a Delaware limited liability company (the "Purchaser" , "Buyer" or "DCM P-9")(the "Sale Approval Order").

2.      As noted in the Sale Motion, the proceeds from the Sale of the Stradella Property to DCM P-9 will result in the payment of all secured claims against the Stradella Property (excluding an insider lien which will be waived if the sale closes).  Accordingly, the Sale is in the best interests of the estate.

3.      Debtor and Buyer have diligently been working toward closing the Sale and escrow is open, however, the Buyer requires additional time to complete its diligence.  Accordingly, the Debtor and Buyer entered into an agreement that provided a brief extension of the diligence deadline until October 13, 2017, and deadline to close the sale of approximately sixty (60) days from August 21, 2017 to October 20, 2017.  A true and correct copy of the October 20, 2017 extension is attached hereto as **Exhibit "A"** and incorporated herein by this reference.

4.      Subsequently, Debtor and Buyer negotiated with Debtor's largest secured creditor,

Genesis, to extend the diligence period further to November 14, 2017 and the deadline to close to November 21, 2017 ("Extension Date").  The Buyer has further agreed to continue making monthly adequate protection payments to Genesis in the amount of $73,782.90 due as follows: (1) the first payment is due on or before August 23, 2017, (2) the second payment is due on September 21, 2017, and (3) the third payment is due on October 21, 2017 (collectively, "Adequate Protection Payments").  In consideration for its agreement to the Extension Date, Debtor has also agreed that it will not oppose a motion to dismiss this case if any of the Adequate Protection Payments are not timely made or if the Sale fails to close on the Extension Date.

5.      The proceeds from the proposed Stradella Property sale to DCM P-9 will result in the payment of all secured claims against the Stradella Property (excluding an insider lien which will be waived if the sale closes), and all other allowed or stipulated claims against the Debtor.

6.      As of the date of the filing of this Motion, Debtor has paid to Genesis the first adequate protection payment of $73,782.90.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of September 2017 at Irvine, California.


/s/Marc C. Forsythe_____
Marc C. Forsythe

# EXHIBIT A

## AMENDMENT TO PURCHASE AND SALE AGREEMENT
## AND JOINT ESCROW INSTRUCTIONS

By this AMENDMENT TO PURCHASE AND SALE AGREEMENT AND ESCROW INSTRUCTIONS (the "Amendment"), between 779 Stradella, LLC, a California limited liability company ("Seller"), debtor-in-possession in U.S. Bankruptcy Court Case No. 8:16-bk-15156-CB ("Bankruptcy Case") and DCM P-8, LLC, a Delaware limited liability company, or its assignee ("Buyer"), Seller and Buyer agree that the Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated June 5, 2017 (the "Agreement") be amended and modified as follows.

1.    <u>Expiration of Due Diligence Period</u>.  The expiration of the Due Diligence Period described in Section 1.3 of the Agreement and currently scheduled to occur August 14, 2017 is hereby extended for a period of sixty (60) days to October 13, 2017.

2.    <u>Closing Date</u>.  The proposed closing date for the transaction described in Section 1.2 of the Agreement currently scheduled to occur August 21, 2017 is hereby extended for a period of sixty (60) days to October 20, 2017

3.    <u>Counterparts</u>.  This Amendment may be executed in one (1) or more counterparts, each of which shall be deemed an original and all, taken together, shall constitute one (1) and the same instrument. This Amendment may be executed and transmitted via facsimile or electronic mail.  Any such copy containing a facsimile or electronically scanned original signature shall be deemed to be an original of this Amendment.

4.    <u>Miscellaneous</u>.  Except as modified hereby, the Agreement shall remain in full force and effect.  Unless otherwise indicated, capitalized terms used herein shall have the meanings ascribed to such terms in the Agreement.

Dated this 2nd day of August 2017.

**SELLER:**

779 Stradella LLC, a California limited
liability company, debtor-in-possession
in U.S. Bankruptcy Court
Case No. 8:16-bk-15156-CB

By:    Baylor Holding, LLC
Its:    Manager

    By:    _____
    Name: Jeffrey Yohai
    Title:  Managing Member

**BUYER:**

DCM P-9, LLC, a Delaware limited
liability company

By:    _____
Name:  MR. MOHIT K. AGARWAL
Title:  MANAGING DIRECTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER: (1) PPROVING AMENDMENT TO PURCHASE AND SALE AGREEMENT BETWEEN DEBTOR AND BUYER TO EXTEND DUE DILIGENCE PERIOD AND CLOSING DATE AND INCREASE ADEQUATE PROTECTION PAYMENTS; (2) PPROVING AMENDING JUNE 23, 2017 SALE ORDER [DOCKET NO. 85];AND (3) AUTHORIZING BUYER TO DISBURSE ADEQUATE PROTECTION PAYMENTS TO GENESIS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 13, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com**
- **Richard Girgado    rgirgado@counsel.lacounty.gov**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com**
- **Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 13, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 13, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92612

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | **Debtor** | **United States Trustee** |
|---|---|---|
| **In re 779 Stradella, LLC**<br>**USBC Case #:8:16-bk-15156-CB** | 779 Stradella, LLC<br>3991 MacArthur Blvd., Ste.125<br>Newport Beach, CA 92660-3049 | United States Trustee<br>411 West Fourth Street, #7160<br>Santa Ana, CA 92701-4500 |

### CREDITORS

| | | |
|---|---|---|
| California TD Specialists<br>8190 East Kaiser Blvd<br>Anaheim, CA 92808-2215 | Crest Real Estate, LLC<br>11150 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064-1825 | Feffer Geological Consulting<br>1990 S Bundy Dr., # 400<br>Los Angeles, CA 90025-5245 |
| Genesis Capital Master Fund II, LLC<br>Attn Lending Department<br>21650 Oxnard Street, Suite 1700<br>Woodland Hills, CA 91367-5058 | Parker Resnick<br>1927 Pontius Avenue<br>Los Angeles, CA 90025-5611 | Paul Manafort<br>721 Fifth Avenue #43G<br>New York, NY 10002-2537 |
| Steve Opdahl Surveying<br>206 Dryden St<br>Thousand Oaks, CA 91360-5303 | The Tree Resource<br>PO Box 49314<br>Los Angeles, CA 90049-0314 | Vantage Design Group<br>~~2634 S La Cienega Blvd~~<br>~~Los Angeles, CA 90034~~<br>RTS Unable to Fwd 01-26-17 |
| Richard M. Pachulski, Esq.<br>Jeffrey W. Dulberg, Esq.<br>PACHULSKI STANG et al<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Baylor Holding, LLC<br>779 Stradella Road<br>Los Angeles, CA 90077-3307 | Jeffrey Yohai<br>30254 Morning View Drive<br>Malibu, CA 90265-3617 |
| Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | LA County Treasurer & Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | |