# EXHIBIT A

000008

## AMENDMENT TO PURCHASE AND SALE AGREEMENT
## AND JOINT ESCROW INSTRUCTIONS

By this SECOND AMENDMENT TO PURCHASE AND SALE AGREEMENT AND ESCROW INSTRUCTIONS (the "Second Amendment"), between Mt Yohai, LLC, a California limited liability company ("Seller"), debtor-in-possession in U.S. Bankruptcy Court Case No. 8:16-bk-15157-CB ("Bankruptcy Case") and DCM P-9, LLC, a Delaware limited liability company, or its assignee ("Buyer"), Seller and Buyer agree that the Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated June 5, 2017, as amended by that certain Amendment to Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated August 2, 2017 (as amended, the "Agreement") be further amended and modified as follows.

1. **Expiration of Due Diligence Period.** The expiration of the Due Diligence Period described in Section 1 of the Agreement currently scheduled to occur October 13, 2017 is hereby extended to November 13, 2017.

2. **Closing Date.** The proposed closing date for the transaction described in Section 2 of the Agreement currently scheduled to occur October 20, 2017 is hereby extended to November 21, 2017.

3. **Counterparts.** This Amendment may be executed in one (1) or more counterparts, each of which shall be deemed an original and all, taken together, shall constitute one (1) and the same instrument. This Amendment may be executed and transmitted via facsimile or electronic mail. Any such copy containing a facsimile or electronically scanned original signature shall be deemed to be an original of this Amendment.

4. **Miscellaneous.** Except as modified hereby, the Agreement shall remain in full force and effect. Unless otherwise indicated, capitalized terms used herein shall have the meanings ascribed to such terms in the Agreement.

Dated this 28th day of August 2017.

**SELLER:**

Mt Yohai, LLC, a California limited
liability company, debtor-in-possession
in U.S. Bankruptcy Court
Case No. 8:16-bk-15157-CB

By: Baylor Holding, LLC
Its: Manager

 By: _____
 Name: Jeffrey Yohai
 Title: Managing Member

**BUYER:**

DCM P-9, LLC, a Delaware limited
 liability company

By: _____
Name: MOHIT K. AGARWAL
Title: MANAGING DIRECTOR

000009

# EXHIBIT B

000010

## SECOND AMENDMENT TO PURCHASE AND SALE AGREEMENT
## AND JOINT ESCROW INSTRUCTIONS

By this SECOND AMENDMENT TO PURCHASE AND SALE AGREEMENT AND ESCROW INSTRUCTIONS (the "Second Amendment"), between 779 Stradella, LLC, a California limited liability company ("Seller"), debtor-in-possession in U.S. Bankruptcy Court Case No. 8:16-bk-15156-CB ("Bankruptcy Case") and DCM P-9, LLC, a Delaware limited liability company, or its assignee ("Buyer"), Seller and Buyer agree that the Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated June 5, 2017, as amended by that certain Amendment to Purchase and Sale Agreement and Joint Escrow Instructions between Seller and Buyer dated August 2, 2017 (as amended, the "Agreement") be further amended and modified as follows.

1.    Expiration of Due Diligence Period. The expiration of the Due Diligence Period described in Section 1 of the Agreement currently scheduled to occur October 13, 2017 is hereby extended to November 13, 2017.

2.    Closing Date. The proposed closing date for the transaction described in Section 2 of the Agreement currently scheduled to occur October 20, 2017 is hereby extended to November 21, 2017.

3.    Counterparts. This Amendment may be executed in one (1) or more counterparts, each of which shall be deemed an original and all, taken together, shall constitute one (1) and the same instrument. This Amendment may be executed and transmitted via facsimile or electronic mail. Any such copy containing a facsimile or electronically scanned original signature shall be deemed to be an original of this Amendment.

4.    Miscellaneous. Except as modified hereby, the Agreement shall remain in full force and effect. Unless otherwise indicated, capitalized terms used herein shall have the meanings ascribed to such terms in the Agreement.

Dated this 28th day of August 2017.

**SELLER:**                                               **BUYER:**

779 Stradella LLC, a California limited                  DCM P-9, LLC, a Delaware limited
liability company, debtor-in-possession                  liability company
in U.S. Bankruptcy Court
Case No. 8:16-bk-15156-CB

By:    Baylor Holding, LLC                               By:    _____
Its:   Manager                                           Name:  MOHIT K. AGARWAL
                                                         Title: MANAGING DIRECTOR

       By:    _____
       Name:  Jeffrey Yohai
       Title: Managing Member

# EXHIBIT C

000012

| Owner | 779 Stradella LLC | | File No. Strad7901.LA | |
|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | |
| City | Los Angeles | County Los Angeles | State CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | |

## TABLE OF CONTENTS



| | |
|---|---|
| GP Residential | 1 |
| Additional Comparables 4-6 | 4 |
| General Text Addendum | 5 |
| Building Sketch (Page - 1) | 8 |
| Building Sketch (Page - 2) | 9 |
| Building Sketch (Page - 3) | 10 |
| Location Map | 11 |
| Aerial Map | 12 |
| Plat Map | 13 |
| Property Profile | 14 |
| GP Residential Certifications Addendum | 15 |
| Subject Photos | 17 |
| Subject Photos | 18 |
| Subject Photos | 19 |
| Subject Photos | 20 |
| Subject Photos | 21 |
| Subject Photos | 22 |
| Subject Photos | 23 |
| Subject Photos | 24 |
| Subject Photos | 25 |
| Comparable Photos 1-3 | 26 |
| Comparable Photos 4-6 | 27 |
| Comparables 1, 2, 5 MLS Photos | 28 |
| Comparable 6 MLS Photo | 29 |
| License | 30 |

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: Strad7901.LA

## SUBJECT

| | | |
|---|---|---|
| Property Address: 779 Stradella Rd | City: Los Angeles | State: CA    Zip Code: 90077 |

County: Los Angeles    Legal Description: Land Desc In Doc 3177022,051223 Por Lot 22 Tract = 11067 And Por Lot 4

Tr= 9745 Blk 2    Assessor's Parcel #: 4369-022-017

Tax Year: 2016    R.E. Taxes: $ 45,545    Special Assessments: $ 0    Borrower (if applicable): 779 Stradella LLC

Current Owner of Record: 779 Stradella LLC    Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ n/a    ☐ per year ☐ per month

Market Area Name: Bel Air    Map Reference: 591 J7    Census Tract: 2621.00

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Determine a fair market value as of 08/10/2017

Intended User(s) (by name or type): National Investment Mortgage Corp

Client: National Investment Mortgage Corp    Address: 600 La Terraza Street #100, Escondido, CA 92025

Appraiser: Daniel Goldberg    Address: 21032 Devonshire Street #206, Chatsworth CA 91311

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 97 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 2,390 Low 1 | | 2-4 Unit % | ☐ Likely * ☒ In Process * |
| Property values: | ☒ Increasing ☒ Stable ☐ Declining | ☒ Tenant | 39,000 High 87 | | Multi-Unit % | * To: Custom SFR from |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 7,000 Pred 50 | | Comm'l % | older existing SFR. |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | Vacant 3 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):    See attached addenda.

## SITE DESCRIPTION

Dimensions: Irregular    Site Area: 54,450 sf

Zoning Classification: LARE20    Description: Single family use

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Ground Rent (if applicable) $        /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single family residential    Use as appraised in this report: Single family residential

Summary of Highest & Best Use: Subject is improved as a Single Family Residence. This is most typical for the market area and is considered to be the Highest and Best Use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Rolling - level pad area |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Larger for area |
| Gas | ☒ | ☐ | | Curb/Gutter | Burm | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | | Sidewalk | None | ☐ | ☐ | Drainage | Appears Good |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | None | ☐ | ☐ | View | Golf Crse, City, Ocean |
| Storm Sewer | ☒ | ☐ | In area | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 06037C1580F    FEMA Map Date 9/26/2008

Site Comments: The subject property is an interior lot located below street grade. Site downslopes from street to level pad which backs to downslope at rear. Site area is considered larger for area. Site has views of golf course & canyon beyond to west and city & ocean views beyond to south.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|
| # of Units | 1    ☐ Acc.Unit | Foundation | Concrete | Slab | Yes | Area Sq. Ft. | Type | FAU |
| # of Stories | 2 | Exterior Walls | Stucco/Wood | Crawl Space | None | % Finished | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Wood Shingle | Basement | None | Ceiling | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | Overhang | Sump Pump ☐ | | Walls | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Wood | Dampness ☐ | | Floor | Central | C-air |
| Actual Age (Yrs.) | 61 | Storm/Screens | Yes | Settlement | None noted | Outside Entry | Other | None |
| Effective Age (Yrs.) | 35 | | | Infestation | None noted | | | |

| Interior | Description | Appliances | | Attic ☒ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Wood/Cpt/Good | Refrigerator ☒ | Stairs ☐ | | Fireplace(s) # 2 | Woodstove(s) # 0 | Garage    # of cars ( 7  Tot.) | |
| Walls | Plaster/Drywall | Range/Oven ☒ | Drop Stair ☐ | | Patio | Brick | Attach. | |
| Trim/Finish | Paint/Wood | Disposal ☒ | Scuttle ☐ | | Deck | Areas | Detach. | 3 |
| Bath Floor | Tile/Concrete | Dishwasher ☒ | Doorway ☐ | | Porch | Stone | Blt.-In | |
| Bath Wainscot | Tile/Concrete | Fan/Hood ☒ | Floor ☐ | | Fence | Wood | Carport | |
| Doors | Solid & Hollow | Microwave ☐ | Heated ☐ | | Pool | Pool | Driveway | 4 |
| | | Washer/Dryer ☐ | Finished ☐ | | Pond | | Surface | Asphalt |

Finished area above grade contains:    9 Rooms    5 Bedrooms    4.0 Bath(s)    4,175 Square Feet of Gross Living Area Above Grade

Additional features: See attached addenda.

Describe the condition of the property (including physical, functional and external obsolescence):    See attached addenda.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

G00014

## RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: Strad7901.LA

**TRANSFER HISTORY**

| My research ☒ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
|---|---|
| Data Source(s):  Public records | |
| **1st Prior Subject Sale/Transfer** | Analysis of sale/transfer history and/or any current agreement of sale/listing:  Within the last thirty-six months, the |
| Date:    03/30/2016 | subject property was purchased by current owner on 03/20/2016 for $8,500,000 (grant deed sale). |
| Price:    $8,500,000 | |
| Source(s): Public records | |
| **2nd Prior Subject Sale/Transfer** | |
| Date: | |
| Price: | |
| Source(s): | |

### SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 779 Stradella Rd | 755 Stradella Rd | | 701 Nimes Rd | | 1138 Stradella Rd | |
| | Los Angeles, CA 90077 | Los Angeles, CA 90077 | | Los Angeles, CA 90077 | | Los Angeles, CA 90077 | |
| Proximity to Subject | | 0.09 miles E | | 0.94 miles NE | | 0.68 miles N | |
| Sale Price | $    N/A | $ 18,500,000 | | $ 7,800,000 | | $ 13,995,000 | |
| Sale Price/GLA | $    /sq.ft. | $ 2,690.13 /sq.ft. | | $ 2,268.76 /sq.ft. | | $ 2,119.49 /sq.ft. | |
| Data Source(s) | Public records | MS#15939407    DOM:260 | | MS#16185128    DOM: 97 | | MS#17228272    DOM: 43 | |
| Verification Source(s) | Inspection | DC#749148 | | DC#284085 | | DC#691039 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None noted | Conventional | | Conventional | | Conventional | |
| Concessions | | 0 | | 0 | | 0 | |
| Date of Sale/Time | n/a | 06/29/2016 COE | | 03/13/2017 COE | | 06/22/2017 COE | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 54,450 sf | 31,629 sf | +916,500 | 38,894 sf | +626,000 | 102,075 sf | -1,901,500 |
| View | Golf/City/Ocean | Golf/City/Ocean | | City/Canyon | +750,000 | City/Ocean/Canyon | +250,000 |
| Design (Style) | Ranch | Mediterranean | 0 | Spanish | 0 | Mediterranean | 0 |
| Quality of Construction | Very Good | Very Good | | Very Good | | Very Good | |
| Age | 61 | 86 | 0 | 86 | 0 | 61 | 0 |
| Condition | Good | Good | | Average+ | +500,000 | Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | |
| Room Count | 9 | 5 | 4.0 | 13 5 7.0 | -60,000 | 9 4 5.5 | -30,000 | 13 6 5.5 | -30,000 |
| Gross Living Area | 4,175 sq.ft. | 6,877 sq.ft. | -405,500 | 3,438 sq.ft. | +110,500 | 6,603 sq.ft. | -364,000 |
| Basement & Finished | | | | | | | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Very Good | Very Good | | Very Good | | Very Good | |
| Heating/Cooling | FAU/C-air | FAU/C-air | | FAU/C-air | | FAU/C-air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 3 Car Garage | | 3 Car Garage | |
| Porch/Patio/Deck | Porch/Patio/Deck | Porch/Patio/Deck | | Porch/Patio/Deck | | Porch,Patio | |
| Pool/spa | Pool | Pool | | Pool | | Pool | |
| Upgrades | Average+ | Excellent | -750,000 | Average | +250,000 | Average+ | |
| Other | None | Guest House | -250,000 | None | | Tennis Court | -40,000 |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -549,000 | ☒ + ☐ - $ | 2,221,500 | ☐ + ☒ - $ | -2,100,500 |
| Adjusted Sale Price | | Net 3.0 % | | Net 28.5 % | | Net 15.0 % | |
| of Comparables | | Gross 12.9 % $ 17,951,000 | | Gross 29.3 % $ 10,021,500 | | Gross 18.6 % $ 11,894,500 | |
| Summary of Sales Comparison Approach | See attached comparable page for comments on Sales Comparison. | | | | | | |

This appraisal report utilizes a digital signature which is encrypted and password protected against fraud.

Indicated Value by Sales Comparison Approach $    12,500,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

C00015

GP RESIDENTIAL

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: Strad7901.LA

**COST APPROACH TO VALUE (if developed)** ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): Land value was based upon the extraction method. Land to improvements ratio is typical for area.

**COST APPROACH**

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE .............................. =$ | 11,550,000 |
| Source of cost data: BuildingCost.Net | DWELLING | 4,175 Sq.Ft. @ $ | 300.00 .... =$ 1,252,500 |
| Quality rating from cost service: VGood   Effective date of cost data: 04/2017 | | Sq.Ft. @ $ | .... =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | .... =$ |
| See attached building diagram. | | Sq.Ft. @ $ | .... =$ |
| | | Sq.Ft. @ $ | .... =$ |
| Physical depreciation was based upon the age/life method. | Pool/Hardscape/Decking | .... =$ 250,000 |
| | Garage/Carport | 929 Sq.Ft. @ $ | 65.00 .... =$ 60,385 |
| No functional or external obsolesence was noted. | Total Estimate of Cost-New | .... =$ 1,562,885 |
| | | Less | Physical | Functional | External |
| My analysis, opinions, and conclusions were developed in conformity | Depreciation | 729,398 | =$( | 729,398) |
| with the Uniform Standards of Appraisal Practice. | Depreciated Cost of Improvements ................. =$ | 833,487 |
| | "As-is" Value of Site Improvements ................. =$ | 100,000 |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required):   40 Years | INDICATED VALUE BY COST APPROACH ................... =$ | 12,483,487 |

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

**INCOME APPROACH**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM): Income Approach was not utilized as an indicator of value in this report.

**PUD**

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $ 12,500,000   Cost Approach (if developed) $ 12,483,487   Income Approach (if developed) $

Final Reconciliation   Final estimate of value is based upon the Market Approach, of similar properties located within the subject's market area. The Cost Approach is considered supportive of the Market Approach. The Income Approach to value was not relied upon as an indicator of value in this market.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   None noted.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   12,500,000   , as of:   08/10/2017   , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACHMENTS**

A true and complete copy of this report contains   30   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☒ Cost Addendum   ☐ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions

Client Contact:   n/a   Client Name:   National Investment Mortgage Corp

E-Mail:   n/a   Address:   600 La Terraza Street #100, Escondido, CA 92025

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:   Daniel Goldberg | Supervisory or Co-Appraiser Name: |
| Company:   Dan Goldberg Appraisals | Company: |
| Phone: 818.886.5340   Fax: n/a | Phone:   Fax: |
| E-Mail: Goldgrinch@aol.com | E-Mail: |
| Date of Report (Signature):   08/18/2017 | Date of Report (Signature): |
| License or Certification #:   AR#020767   State: CA | License or Certification #:   State: |
| Designation:   n/a | Designation: |
| Expiration Date of License or Certification:   06/12/2019 | Expiration Date of License or Certification: |
| Inspection of Subject:   ☒ Interior & Exterior   ☐ Exterior Only   ☐ None | Inspection of Subject:   ☐ Interior & Exterior   ☐ Exterior Only   ☐ None |
| Date of Inspection:   08/10/2017 | Date of Inspection: |

GP RESIDENTIAL   Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# ADDITIONAL COMPARABLE SALES

Page 10 of 19

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 779 Stradella Rd | 1188 Roberto Ln | | 1211 Stradella Rd | | 10824 Chalon Rd | |
| | Los Angeles, CA 90077 | Los Angeles, CA 90077 | | Los Angeles, CA 90077 | | Los Angeles, CA 90077 | |
| Proximity to Subject | | 0.90 miles NW | | 0.81 miles N | | 0.08 miles SW | |
| Sale Price | $ N/A | | $ 10,600,000 | | $ 32,000,000 | | $ 12,950,000 |
| Sale Price/GLA | $ /sq.ft. | $ 1,702.26 /sq.ft. | | $ 3,068.96 /sq.ft. | | $ 2,837.42 /sq.ft. | |
| Data Source(s) | Public records | MS#1616658 DOM: 59 | | MS#17258572 DOM: 7 | | MS#17232676 DOM:83 | |
| Verification Source(s) | Inspection | DC#77831 | | Public records | | Public records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None noted | Cash | | Current | | Current | |
| Concessions | | 0 | | Listing (-5%) | -1,600,000 | Listing (-5%) | -647,500 |
| Date of Sale/Time | n/a | 01/19/2017 COE | | n/a | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 54,450 sf | 14,201 sf | +1,613,500 | 61,441 sf | -279,500 | 31,808 sf | +909,500 |
| View | Golf/City/Ocean | City/Ocean | +250,000 | Canyon | +750,000 | Golf/City/Ocean | |
| Design (Style) | Ranch | Contemporary | 0 | French Normandy | 0 | Mediterranean | 0 |
| Quality of Construction | Very Good | Very Good | | Very Good | | Very Good | |
| Age | 61 | 1 | 0 | 20 | 0 | 87 | 0 |
| Condition | Good | Very Good | -500,000 | Good | 0 | Very Good | -500,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | 0 | Total Bdrms Baths | -30,000 | Total Bdrms Baths | -15,000 |
| Room Count | 9 5 4.0 | 11 5 6.0 | -40,000 | 16 7 10 | -120,000 | 11 6 5.0 | -20,000 |
| Gross Living Area | 4,175 sq.ft. | 6,227 sq.ft. | -308,000 | 10,427 sq.ft. | -938,000 | 4,564 sq.ft. | -58,500 |
| Basement & Finished | | | | | | | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Very Good | Very Good | | Very Good | | Very Good | |
| Heating/Cooling | FAU/C-air | FAU/C-air | | FAU/C-air | | FAU/C-air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Garage | 2 Car Garage | +12,000 | 3 Car Garage | | 3 Car Garage | |
| Porch/Patio/Deck | Porch/Patio/Deck | Porch/Patio/Deck | | Porch/Patio/Deck | | Porch/Patio/Deck | |
| Pool/spa | Pool | Pool/Spa | -7,500 | Pool/Spa | -7,500 | Pool/Spa | -7,500 |
| Upgrades | Average+ | Very Good | -500,000 | Good | -250,000 | Very Good | -500,000 |
| Other | None | None | | Tennis Court | -40,000 | None | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 520,000 | ☐ + ☒ - | $ -2,515,000 | ☐ + ☒ - | $ -839,000 |
| Adjusted Sale Price | | Net 4.9 % | | Net 7.9 % | | Net 6.5 % | |
| of Comparables | | Gross 30.5 % | $ 11,120,000 | Gross 12.5 % | $ 29,485,000 | Gross 20.5 % | $ 12,111,000 |
| Summary of Sales Comparison Approach | See attached addendum for Comments on Sales Comparison. | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

GP RESIDENTIAL

3/2007

000017

| Owner | 779 Stradella LLC | | | | File No. Strad7901.LA |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State CA | Zip Code 90077 |
| Client | | | | | |

Page 1 of 3

### Neighborhood - Description

Established neighborhood in 'lower' Bel Air Area in City of Los Angeles which consists of custom single family detached homes from 2,000 to 35,000+ sf which vary in age, quality, and style. Teardowns and custom remodeling are common for the area with premium prices being asked and received for premium view sites in area. Some homes have larger parcels and/or views of canyons, Bel Air Country Club Golf Course, city, and ocean beyond. Topography of the area varies from level to rolling.

Sunset Boulevard borders the area and provides access to all support facilities. Employment centers which are 3-25 miles in distance. The University of California at Los Angeles is located adjacent to the area. The Bel Air Hotel & Country Club are located within the area. All support facilities are convenient along area thoroughfares. No adverse conditions were noted which would negatively effect the marketability of properties within the area.

Neighborhood boundries are considered to be: Sunset Boulevard to the South, the San Diego (405) Freeway to the West, the Stone Canyon Reservoir to the North, and Beverly Glen Boulevard to the East.

### Neighborhood - Market Conditions

Home prices in the market area have been increasing over the last twenty four plus months. Conventional and all cash financing are typical for this market. Competitively priced properties are current selling within a one to three month period however some of the estate sized properties in the area can have marketing times in the six to twelve month range. Seller concessions were not noted to be a factor in this market.

### Additional Features

Multi zoned central heating & air conditioning.

Interior has hardwood flooring in the living room, den, family room, kitchen, dining area, and three bedrooms. Living room features a fireplace, recessed lighting, and ceiling speaker system. Den has recessed lighting. Family room includes vaulted wood ceiling with recessed lighting and fireplace with granite facing.

Kitchen has center island, granite countertops, and built-in appliances with double oven.

Master bedroom has vaulted wood ceiling, walk-in closet, private roof deck, and private bath with two sinks with granite countertops and seperate shower & tub.

Secondary bedrooms have vaulted wood ceilings. One bedroom has private bath with polished concrete flooring. Additional baths have tiled flooring.

Exterior amenities include an attached oversized three car garage with drywalled interior finish and roll-up doors. There is a stone walkway to stone porch. Front yard area has concrete pond and brick patio area. Rear has covered and open wood decking. Side yard has brick patio and inground pool.

Site includes panoramic view amenity with golf course & canyon views to east and city & ocean views beyond to south.

### Condition of Improvements

The subject property has been maintained in good overall condition with no functional or physical inadequacies noted.

Subject has been periodically renovated over the years which have served to reduce the overall effective age.

Public records indicate the subject property to have 5 bedrooms, 5.0 baths, and 3,746 sf with appraiser inspection revealing 5 bedrooms, 4.0 baths, and 4,175 sf. Appraiser will rely upon own measurements as the Assessor's Tax Rolls appear to be in error.

000018

| Owner | 779 Stradella LLC | | | | File No. Strad7901.LA |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State CA | Zip Code 90077 |
| Client | | | | | |

Page 2 of 3

### Comments on Sales Comparison

The Comparable Sales Approach considers sales and other market data of comparable properties. These comparables are analyzed and adjustments made for the differences between the subject and comparable properties to indicate the value of the subject. Recent sales and current pending & listing properties within the market area were investigated. Those that are representative of the market and condsidered the most helpfull have been used in the market grid. A discussion follows:

All comparables are located within close proximity to the subject property and would appeal to the same user group. All comparables were marketed in the MLS.

**Comparable 1** sold prior to one year from the inspection date of the subject property yet is included due to close proximity to the subject on subject street. Home has superior living area, bath count, & upgrading and includes a detached guest house (per MLS). The overall lot size is inferior in comparison to the subject property.

**Comparable 2** has inferior overall condition & upgrading (per MLS & drive by inspection) and property appears to have been marketed as a development opportunity. Other adjustments were made for inferior lot size, view amenity, bedroom count, & living area. The bath count is superior.

**Comparable 3** features much superior lot size and superior living area & bedroom/bath count. Per the MLS, there is also a tennis court. Property has panormic views yet does not have desirable golf course views of subject. There is an existing 'livable' house on site yet this sale was marketed as a development opportunity with artists renderings (no plans or city approvals) for an approximatley 17,000 sf future home on site.

**Comparable 4** is new construction on site (considered a remodel project as a miniscule portion of prior existing 1970 built home remains) with superior overall condition & upgrading, living area, and bath count. Home has panormic views with no golf course views. The lot size is much inferior to the subject. Property is located in the 'upper' Bel Air neighborhood which is considered les desirable than subject area of 'lower' Bel Air.

**Comparable 5** shows as a current listing with much superior living area in comparison to the subject yet is included due to location on subject street and similarity of lot size area. Home has inferior views (canyon only). The bedroom/bath count & overall upgrading (per MLS) are superior to the subject and property includes a tennis court.

**Comparable 6** also is a current listing with close proximity to the subject property in 'lower' Bel Air. Adjustments were made for inferior site area and superior living area, bedroom/bath count, and overall condition & upgrading. The MLS notes living area of 6,800 sf (per owner) with public records indicating home to have 4,564 sf. As the 'owner' stated living area cannot be verified, appraiser utilizes the public records for purpose of this report.

Form TADD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. Strad7901.LA

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State CA | Zip Code 90077 |
| Client | | | | | |

Page 3 of 3

### Value Conclusion

Comparables have a market sales range of $7,800,000 to $32,000,000 with an adjusted value range of $10,021,500 to $29,485,000 and supports a market value of **$12,500,000** for the subject property. As no one comparable was found to be the same as the subject property, greatest weight was given to Comparables 1, 2, 3, and 4 overall as these are each closed sales within the area.

Condition and upgrade adjustments were based upon an estimated cost to cure. All other adjustments were based upon a paired sales analysis of comparables considered. Living area adjustment was $150 per square foot (rounded). Bedroom count adjusted at $15,000 per and bath count at $20,000 per ($10,000 per half-bath). Adjustment for lot size was approximately forty dollars per square foot of marketable difference. No adjustments made for differences in actual age as this was reflected in condition adjustments.   Negative adjustments of approximately five percent were made to listing price of Comparables 5 & 6 to reflect possible buyer/seller negotiation discounts in this market.

The subject property was purchased by current owner on 03/30/2016 for $8,500,000 with current increasing market trends in area appearing to account for increase in value since. An example of this trend is a premier vacant view lot property on subject street & block at 800 Stradella Road sold on 02/21/2017 for $36,000,000 as a vacant land development project with prior existing home demolished after purchase on 06/01/2012 for $25,000,000.  Current owners have obtained approved plans from city of Los Angeles for an approximately 30,000 sf home and have just re-listed property on 08/10/2017 (MLS#17254530) for $50,000,000.

Due to the varying property characteristics of comparables considered, the adjusted value range has a variance greater than ten percent. This is not considered unusual when performing valuations in this market and not adverse to the marketabilities of properties.

As the subject property has larger lot size and panoramic view amenity, the subject market value has a greater than five percent variance from the predominant neighborhood value. This is not considered adverse to the marketability of the subject property.

The estimated exposure time for the subject property is one to four months. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

This market is considered local to this appraiser and appraiser is considered to be possess the compentancy to complete this assignment.

"I have perfomed no (or the specified) serivces, as an appraiser or in any capacity, regarding the property that is the subject of this report within the three-year period immediately preceeding acceptance of this assignment".

000020

| Owner | 779 Stradella LLC | | | | | |
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | | |



TOTAL Sketch by a la mode, inc.

Form SKT.BldSkt — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Owner | 779 Stradella LLC | | | | | | |
| Property Address | 779 Stradella Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |

TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 3425.87 Sq ft | 36.5 × 10.5 | = 383.25 |
| | | 46.5 × 17 | = 790.5 |
| | | 34.5 × 6 | = 207 |
| | | 29 × 14 | = 406 |
| | | 25 × 3 | = 75 |
| | | 8 × 32 | = 256 |
| | | 36 × 16 | = 576 |
| | | 0.5 × 26.11 × 12.86 | = 167.82 |
| | | 25.42 × 0.83 | = 21.03 |
| | | 0.5 × 0.69 × 0.83 | = 0.29 |
| | | 0.5 × 0.68 × 0.83 | = 0.28 |
| | | 26.12 × 3.17 | = 82.8 |
| | | 0.5 × 2.66 × 3.17 | = 4.22 |
| | | 16.9 × 9.96 | = 168.42 |
| | | 0.5 × 9.96 × 11.87 | = 59.15 |
| | | 16.9 × 6.89 | = 116.55 |
| | | 0.5 × 5.79 × 6.89 | = 19.94 |
| | | 21.71 × 0.82 | = 17.79 |
| | | 0.5 × 0.82 × 0.98 | = 0.4 |
| | | 0.5 × 14 × 6.89 | = 48.27 |
| | | 6.43 × 0.05 | = 0.33 |
| | | 0.5 × 8.73 × 0.05 | = 0.23 |
| | | 0.5 × 6.43 × 7.66 | = 24.62 |
| Second Floor | 749.5 Sq ft | 22.6 × 14 | = 316.4 |
| | | 13 × 25.1 | = 326.3 |
| | | 3 × 6.4 | = 19.2 |
| | | 14.6 × 6 | = 87.6 |
| **Total Living Area (Rounded):** | **4175 Sq ft** | | |
| Non-living Area | | | |
| Deck | 729 Sq ft | 13 × 16 | = 208 |
| | | 6 × 14 | = 84 |
| | | 6 × 4.5 | = 27 |
| | | 10 × 41 | = 410 |
| Covered Deck | 297 Sq ft | 11 × 27 | = 297 |
| Deck | 584.95 Sq ft | 0.5 × 13 × 10.07 | = 65.45 |
| | | 13 × 10 | = 130 |
| | | 4 × 12 | = 48 |
| | | 13 × 15.5 | = 201.5 |
| | | 35 × 4 | = 140 |
| 3 Car Detached | 928.75 Sq ft | 0.5 × 8 × 3 | = 12 |
| | | 32.5 × 8 | = 260 |
| | | 35.5 × 13 | = 461.5 |
| | | 0.5 × 35.5 × 11 | = 195.25 |
| Deck | 544 Sq ft | 21 × 24 | = 504 |
| | | 4 × 10 | = 40 |

| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | | |



| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | | |



| Owner | 779 Stradella LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | | | |

