Property Detail Printout                              https://www.ndcdata.com/Search/Property_Detail_Report.aspx?PID...

**Property Location**

| | | | | | |
|---|---|---|---|---|---|
| Address: | 779 STRADELLA RD | City: | LOS ANGELES | Zip: | 90077-3307 |
| APN#: | 4369-022-017 | Use Code: | Single Family Residence | County: | Los Angeles |
| Tract: | 11067 | Census Tract: | 2621.00 | Zone: | LARE20 |
| Map Page/Grid: | 591/ J7 | Legal Desc: | LAND DESC IN DOC 3177022,051223 POR LOT 22 TR=11067 AND POR LOT 4 TR=9745 BLK 2 | | |
| Total Assessed Value: | 3,766,691 | Tax Amount: | 45,545.11 | | |
| Percent Improvement: | 28.00 | Tax Year: | 2016 | | |

**Current Owner Information**

| | | | |
|---|---|---|---|
| Current Owner: | 779 STRADELLA LLC | Owner Address: | 779 STRADELLA RD |
| City, State, Zip: | LOS ANGELES, CA, 90077-3307 | Owner Occupied: | Yes |
| Last Transaction: | 12/20/2016 | Deed Type: | deed of trust |
| Amount: | | Document: | 0001618867 |

**Last sale Information**

| | | | |
|---|---|---|---|
| Transferred From: | ORDON,ANDREW P & ROBYN | Seller Address: | |
| Recording / Sale Date: | 03/30/2016 / 01/28/2016 | Prior Recording / Sale Date: | 11/22/2011 / 10/28/2011 |
| Most Recent Sale Price: | 8,500,000 | Prior Sale Price: | 3,550,000 |
| Document Number: | 0000349008 | Prior Document No.: | 0001579761 |
| Document Type: | high liability | Prior Document Type: | grant deed/deed of trust |

**Lender Information**

| | | | |
|---|---|---|---|
| Lender: | GENESIS CAP MASTER FUND | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 5,950,000 / 0 | Loan Type: | conventional variable |

**Physical Information**

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 3,746 | # of Bedrooms: | 5 | Lot Size: | 54,991 |
| Additional: | 0 | # of Bathrooms: | 5.00 | Year Built / Effective: | 1956 / 1958 |
| Garage: | 0 | # of Stories: | 2 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 13 | Cooling: | |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | / yes | Construction/Quality: | Primary Material Unlisted / 0 |
| Basement Finished: | 0 | Fireplaces: | 0 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | Yes | View: | |

©2017 Copyright NDCdata.com All Rights Reserved. **National Data Collective Inc.**

1 of 1

000027

File No.: Strad7901.LA

| Property Address: | 779 Stradella Rd | | City: | Los Angeles | State: | CA | Zip Code: | 90077 |
|---|---|---|---|---|---|---|---|---|
| Client: | National Investment Mortgage Corp | Address: | 600 La Terraza Street #100, Escondido, CA 92025 | | | | | |
| Appraiser: | Daniel Goldberg | Address: | 21032 Devonshire St #206, Chatsworth CA 91311 | | | | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**GP RESIDENTIAL**    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

File No.: Strad7901.LA

| Property Address: 779 Stradella Rd | City: Los Angeles | State: CA | Zip Code: 90077 |
|---|---|---|---|
| Client: National Investment Mortgage Corp | Address: 600 La Terraza Street #100, Escondido, CA 92025 | | |
| Appraiser: Daniel Goldberg | Address: 21032 Devonshire St #206, Chatsworth CA 91311 | | |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: n/a | Client Name: National Investment Mortgage Corp | |
|---|---|---|
| E-Mail: n/a | Address: 600 La Terraza Street #100, Escondido, CA 92025 | |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Daniel Goldberg | Supervisory or Co-Appraiser Name: |
| Company: Dan Goldberg Appraisals | Company: |
| Phone: 818.886.5340    Fax: n/a | Phone:    Fax: |
| E-Mail: Goldgrinch@aol.com | E-Mail: |
| Date Report Signed: 08/18/2017 | Date Report Signed: |
| License or Certification #: AR#020767    State: CA | License or Certification #:    State: |
| Designation: n/a | Designation: |
| Expiration Date of License or Certification: 06/12/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 08/10/2017 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

000029

| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | | |



### Subject Front

779 Stradella Rd

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



### Subject Rear



### Subject Street

C00030

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |



**Subject From Street**

779 Stradella Rd
Sales Price          N/A
Gross Living Area    4,175
Total Rooms          9
Total Bedrooms       5
Total Bathrooms      4.0
Location             Residential
View                 Golf/City/Ocean
Site                 54,450 sf
Quality              Very Good
Age                  61



**Subject Side north**



**Subject Side south**

Main File No. Strad2901 LA

Subject Photo Page

| Owner | 779 Stradella LLC | | | |
|-------|------------------|---|---|---|
| Property Address | 779 Stradella Rd | | | |
| City | Los Angeles | County Los Angeles | State CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | |



**Subject Additional Front**

779 Stradella Rd
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



**Subject Additional Front**



**Subject Garage**

000032

| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code  90077 |
| Client | National Investment Mortgage Corp | | | | | |



### Subject Pool

779 Stradella Rd
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



### Subject Golf Course View



### Subject Canyon View

000033

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |



**Subject City/Ocean View**

779 Stradella Rd

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



**Subject Living Room**



**Subject Family Room**

000034

| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | | |



### Subject Kitchen

779 Stradella Rd

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



### Subject Dining Area



### Subject Den

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |



**Subject Master Bedroom**

| | |
|---|---|
| 779 Stradella Rd | |
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



**Subject Master Bath**



**Subject Bedroom**

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |



**Subject Bedroom Bath**

779 Stradella Rd
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



**Subject Bedroom**



**Subject Bedroom**

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90077 |
| Client | National Investment Mortgage Corp | | | | |



### Subject Bedroom

779 Stradella Rd

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,175 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 54,450 sf |
| Quality | Very Good |
| Age | 61 |



### Subject Bath



### Subject Bath

| Owner | 779 Stradella LLC | | | | |
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County | Los Angeles | State CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | |



### Comparable 1
755 Stradella Rd
| | |
|---|---|
| Prox. to Subject | 0.09 miles E |
| Sale Price | 18,500,000 |
| Gross Living Area | 6,877 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 31,629 sf |
| Quality | Very Good |
| Age | 86 |



### Comparable 2
701 Nimes Rd
| | |
|---|---|
| Prox. to Subject | 0.94 miles NE |
| Sale Price | 7,800,000 |
| Gross Living Area | 3,438 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5.5 |
| Location | Residential |
| View | City/Canyon |
| Site | 38,894 sf |
| Quality | Very Good |
| Age | 86 |



### Comparable 3
1136 Stradella Rd
| | |
|---|---|
| Prox. to Subject | 0.68 miles N |
| Sale Price | 13,995,000 |
| Gross Living Area | 6,603 |
| Total Rooms | 13 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.5 |
| Location | Residential |
| View | City/Ocean/Canyon |
| Site | 102,075 sf |
| Quality | Very Good |
| Age | 61 |

| Owner | 779 Stradella LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | | |



### Comparable 4

1188 Roberto Ln

| | |
|---|---|
| Prox. to Subject | 0.90 miles NW |
| Sale Price | 10,600,000 |
| Gross Living Area | 6,227 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.0 |
| Location | Residential |
| View | City/Ocean |
| Site | 14,201 sf |
| Quality | Very Good |
| Age | 1 |



### Comparable 5

1211 Stradella Rd

| | |
|---|---|
| Prox. to Subject | 0.81 miles N |
| Sale Price | 32,000,000 |
| Gross Living Area | 10,427 |
| Total Rooms | 16 |
| Total Bedrooms | 7 |
| Total Bathrooms | 10 |
| Location | Residential |
| View | Canyon |
| Site | 61,441 sf |
| Quality | Very Good |
| Age | 20 |



### Comparable 6

10824 Chalon Rd

| | |
|---|---|
| Prox. to Subject | 0.08 miles SW |
| Sale Price | 12,950,000 |
| Gross Living Area | 4,564 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.0 |
| Location | Residential |
| View | Golf/City/Ocean |
| Site | 31,808 sf |
| Quality | Very Good |
| Age | 87 |

| Owner | 779 Stradella LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | |
| City | Los Angeles | County Los Angeles | | State CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | |



**Comparable 1**
MLS Photo



**Comparable 2**
MLS Photo



**Comparable 5**
MLS Photo

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | 779 Stradella LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 779 Stradella Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code 90077 |
| Client | National Investment Mortgage Corp | | | | | | |



**Comparable 6**

MLS Photo

000042



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
# REAL ESTATE APPRAISER LICENSE

**Daniel R. Goldberg**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

*"Certified Residential Real Estate Appraiser"*

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:        AR 020767

Effective Date:        June 13, 2017
Date Expires:        June 12, 2019

Jim Martin, Bureau Chief, BREA

3034998

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE 'CHAIN LINK'

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# EXHIBIT D

000044



September 19, 2017

RE: 779 Stradella Rd, Los Angeles, Ca 90077

This letter will serve as a preliminary commitment to make a real estate loan secured by a 1st trust deed against the property located at 779 Stradella Rd, Los Angeles, Ca 90077 in as is condition.  The terms below are valid for 30 days from the date of this letter.

| | |
|---|---|
| 1st Loan Amount: | $7,500,000 (60% LTV) |
| Term: | 12 Months |
| Interest Rate: | 10.5% I/O |
| Origination fees: | 3 Points |
| Guaranteed Interest: | 0 Months |
| 3RD Party Fees: | Borrower pays all 3rd party fees including title, escrow, processing, underwriting, credit, and doc fee. |

Conditions:
1. Good Faith Deposit of $3,500 (Refundable only if lender withdraws from commitment minus any diligence fees, not the borrower. Deposit funds will be used for any final diligence reports needed for final investor approval and remainder portion will apply towards closing fees)
2. Title Insurance
3. Final Inspection
4. Signed LOI
5. 1003 – Loan app.
6. Internal BPO-Evaluation to support appraised value
7. Final Investor Review

⬛⬛⬛⬛⬛'s offer to make the loan shall be made only by its submittal of escrow of its Real Property Loan Agreement and Escrow Instructions, executed by Lender.



*Jeffrey Yuhai*

_____

Principal

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

HINDS & SHANKMAN, LLP, 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JEFFREY C. YOHAI IN
REGARD TO MOTION FOR ORDER: (1) APPROVING AMENDMENT TO PURCHASE AND SALE AGREEMENT
BETWEEN DEBTOR AND BUYER TO EXTEND DUE DILIGENCE PERIOD AND CLOSING DATE AND INCREASE
ADEQUATE PROTECTION PAYMENTS; [AND] (2) APPROVING AMENDING JUNE 23, 2017 SALE ORDER
[DOCKET NO. 85]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**September 28, 2017** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 28, 2017** I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2017 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Michael J Hauser    michael.hauser@usdoj.gov
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

3. **SERVED BY PERSONAL DELIVERY**

Clerk to the Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
 Ronald Reagan Federal Building and Courthouse
 411 West Fourth Street, Suite 5165 / Courtroom 5D
 Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**