Marc C. Forsythe - State Bar No. 153854
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware liability company,<br><br>    Debtor and Debtor in Possession. | Case No. 8:16-bk-15156 CB<br><br>Chapter 11 Case<br><br>**SUPPLEMENTAL DECLARATION OF MARC C. FORSYTHE CLARIFYING THE DECLARATION FILED IN SUPPORT OF THE NOTICE OF MOTION AND MOTION FOR ORDER:**<br><br>**(1) APPROVING AMENDMENT TO PURCHASE AND SALE AGREEMENT BETWEEN DEBTOR AND BUYER TO EXTEND DUE DILIGENCE PERIOD AND CLOSING DATE AND INCREASE ADEQUATE PROTECTION PAYMENTS;**<br><br>**(2) APPROVING AMENDING JUNE 23, 2017 SALE ORDER [DOCKET NO. 85];AND**<br><br>**(3) AUTHORIZING BUYER TO DISBURSE ADEQUATE PROTECTION PAYMENTS TO GENESIS**<br><br>Date:    October 4, 2017<br>Time:    10:00 a.m.<br>Place:   5D |

# DECLARATION OF MARC C. FORSYTHE

I, Marc C. Forsythe, declare and state:

I am a partner of Goe & Forsythe, LLP, counsel to 779 Stradella, LLC, the Debtor herein. I make this declaration to clarify my declaration in support of Debtor's *Notice of Motion and Motion for Order: (1) Approving Amendment to Purchase and Sale Agreement Between Debtor and Buyer to Extend Due Diligence Period and Closing Date and Increase Adequate Protection Payments; (2) Approving Amending June 23, 2017 Sale Order [Docket No. 85]; and (3) Authorizing Buyer to Disburse Adequate Protection Payments to Genesis* ("Motion") filed as Docket No. 100. The facts set forth herein are personally known to me and, if called as a witness, I could and would testify thereto. The defined terms utilized in this Declaration have the same meaning as those set forth in the Motion to which this Declaration is attached.

1. Paragraphs 3 and 4 of my declaration attached to the Motion state as follows:

> " 3. Debtor and Buyer have diligently been working toward closing the Sale and escrow is open, however, the Buyer requires additional time to complete its diligence. Accordingly, the Debtor and Buyer entered into an agreement that provided a brief extension of the diligence deadline until October 13, 2017, and deadline to close the sale of approximately sixty (60) days from August 21, 2017 to October 20, 2017. A true and correct copy of the October 20, 2017 extension is attached hereto as **Exhibit "A"** and incorporated herein by this reference."
>
> 4. Subsequently, Debtor and Buyer negotiated with Debtor's largest secured creditor, Genesis, to extend the diligence period further to November 14, 2017 and the deadline to close to November 21, 2017 ("Extension Date"). The Buyer has further agreed to continue making monthly adequate protection payments to Genesis in the amount of $73,782.90 due as follows: (1) the first payment is due on or before August 23, 2017, (2) the second payment is due on September 21, 2017, and (3) the

third payment is due on October 21, 2017 (collectively, "Adequate Protection Payments").  In consideration for its agreement to the Extension Date, Debtor has also agreed that it will not oppose a motion to dismiss this case if any of the Adequate Protection Payments are not timely made or if the Sale fails to close on the Extension Date."

2. As of the August 23, 2017 hearing date, when the terms of the deal with Genesis were explained to the Court, I believe I had authority on behalf of the Debtor to agree to a further extension of time (from October 20, 2017 to November 21, 2017) to close the Sale and extend the due diligence period.  Not only do I believe that Mr. Jeff Yohai had orally provided that authority to me, but I also was aware of the fact that Jeff Yohai, on behalf of the Debtor, executed **Exhibit "A"** to my original declaration (the extension to October 20, 2017), which extended the due diligence and close dates without any other condition.

3. Subsequent to the August 23, 2017 hearing, and after DCM had made its first adequate protection payment as set forth in paragraph 4 of my original declaration, DCM sent to Mr. Yohai the second amendment to further extend the due diligence to November 14, 2017 and the deadline to close the Sale to November 21, 2017.  I was informed on September 11, 2017 that Mr. Yohai refused to execute the same unless there was language that allowed the Debtor to obtain alternative financing to pay creditors in lieu of DCM P-9 purchasing the Stradella Property.

4. I informed Mr. Yohai, that as counsel to the Debtor and with my belief that I had authority to do so, the November 2017 extension dates had been agreed to by Debtor with Genesis and DCM P-9 at the August 23, 2017 hearing, and DCM P-9 had already acted on this agreement by making the adequate protection payment in August after the August 23, 2017 hearing.

5. After discussions with Mr. Yohai that Debtor had to file the Motion by September 13, 2017 in order for the Motion to be heard on regular notice (which was the expressed desire of the Court), as demanded by Genesis to have the Motion heard as soon as possible and without Mr. Yohai instructing me not to file the Motion, I filed the Motion without an executed version of the second amendment to further extend the due diligence to November 14, 2017 and the deadline to

3

close the Sale to November 21, 2017, based on my belief that Debtor and DCM P-9 would execute a second amendment prior to the October 4, 2017 hearing date.

6. As of the date of this declaration, Mr. Yohai, on behalf of the Debtor, will not execute a second amendment to further extend the due diligence from October 13, 2017 to November 14, 2017 or extend the deadline to close the Sale from October 20, 2017 to November 21, 2017 unless the amendment allows the Debtor to provide alternative financing to pay Debtor's creditors and, thus, rescind the contract with DCM P-9 to purchase the Stradella Property.

7. As of the date of this declaration, I have been informed by the attorneys for Genesis Capital Master Fund II, LLC ("Genesis") that the September adequate protection payment of $73,782.80 has not been made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of September 2017 at Irvine, California.

/s/Marc C. Forsythe_____
Marc C. Forsythe

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF MARC C. FORSYTHE CLARIFYING THE DECLARATION FILED IN SUPPORT OF THE NOTICE OF MOTION AND MOTION FOR ORDER: (1) APPROVING AMENDMENT TO PURCHASE AND SALE AGREEMENT BETWEEN DEBTOR AND BUYER TO EXTEND DUE DILIGENCE PERIOD AND CLOSING DATE AND INCREASE ADEQUATE PROTECTION PAYMENTS; (2) APPROVING AMENDING JUNE 23, 2017 SALE ORDER [DOCKET NO. 85];AND (3)  AUTHORIZING BUYER TO DISBURSE ADEQUATE PROTECTION PAYMENTS TO GENESIS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 28, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey W Dulberg     jdulberg@pszjlaw.com**
- **Marc C Forsythe     kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com**
- **Richard Girgado     rgirgado@counsel.lacounty.gov**
- **Michael J Hauser     michael.hauser@usdoj.gov**
- **James Andrew Hinds     jhinds@jhindslaw.com, zbilowit@jhindslaw.com**
- **Kambiz J Shabani     joseph@shabanipartners.com, kevin@shabanipartners.com**
- **United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 28, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 28, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92612

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re 779 Stradella, LLC**
**USBC Case #8:16-bk-15156-CB**

**Debtor**
779 Stradella, LLC
3991 MacArthur Blvd., Ste.125
Newport Beach, CA 92660-3049

**United States Trustee**
United States Trustee
411 West Fourth Street, #7160
Santa Ana, CA 92701-4500

**CREDITORS**

California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808-2215

Crest Real Estate, LLC
11150 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064-1825

Feffer Geological Consulting
1990 S Bundy Dr., # 400
Los Angeles, CA 90025-5245

Genesis Capital Master Fund II, LLC
Attn Lending Department
21650 Oxnard Street, Suite 1700
Woodland Hills, CA 91367-5058

Parker Resnick
1927 Pontius Avenue
Los Angeles, CA 90025-5611

Paul Manafort
721 Fifth Avenue #43G
New York, NY 10002-2537

Steve Opdahl Surveying
206 Dryden St
Thousand Oaks, CA 91360-5303

The Tree Resource
PO Box 49314
Los Angeles, CA 90049-0314

Vantage Design Group
~~2634 S La Cienega Blvd~~
~~Los Angeles, CA 90034~~
RTS Unable to Fwd 01-26-17

Richard M. Pachulski, Esq.
Jeffrey W. Dulberg, Esq.
PACHULSKI STANG et al
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Baylor Holding, LLC
779 Stradella Road
Los Angeles, CA 90077-3307

Jeffrey Yohai
30254 Morning View Drive
Malibu, CA 90265-3617

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

LA County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

6