Marc C. Forsythe, SBN 153854
Charity J. Miller, SBN 286481
Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Tel: 949-798-2460
Fax: 949-955-9437

Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

**FILED & ENTERED**

NOV 06 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

779 STRADELLA, LLC, a Delaware liability company,

    Debtor and Debtor in Possession.

Case No. 8:16-bk-15156 CB

Chapter 11

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION:**

**(1) FOR APPROVAL OF AMENDMENT TO PURCHASE AND SALE AGREEMENT BETWEEN DEBTOR AND BUYER TO EXTEND DUE DILIGENCE PERIOD AND CLOSING DATE AND INCREASE ADEQUATE PROTECTION PAYMENTS;**

**(2) FOR APPROVAL TO AMEND JUNE 23, 2017 SALE ORDER [DOCKET NO. 85]; and**

**(3) FOR AUTHORIZATION FOR BUYER TO DISBURSE ADEQUATE PROTECTION PAYMENTS TO GENESIS**

Date: October 4, 2017
Time: 10:00 a.m.
Courtroom: 5D
Address: 411 W 4th St
        Santa Ana, CA 92701

//

//

//

A hearing was held on October 4, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtor's Motion for Order (1) Approving Amendment to Purchase and Sale Agreement Between Debtor and Buyer to Extend Due Diligence Period and Closing Date and Increase Adequate Protection Payments; (2) Approving Amending June 23, 2017 Sale Order [Docket No. 85]; and (3) Authorizing Buyer to Disburse Adequate Protection Payments to Genesis filed September 13, 2017 as Docket #100 ("Motion")[1].  Appearances were made as noted on the record.

The Court having read and considered the Motion and all related pleadings, heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

A. The Motion is granted as to the first extension of closing date that had been in the June 23 Sales Order extending from August 21, 2017 to October 20, 2017 pursuant to the First Amendment to the Purchase and Sale Agreement, attached as Exhibit A to the Motion;

B. The Motion is denied, without prejudice, as to the alleged second extension of the due diligence date and closing date that had been in the June 23 Sales Order, and subsequently extended by the First Amendment to the Purchase and Sale Agreement, from October 13, 2017 and October 20, 2017 to November 13, 2017 and November 21, 2017, respectively;

C. The expiration of the due diligence period currently set for October 13, 2017 is extended to the closing date, October 20, 2017.

//
//
//

---

[1] All capitalized terms which are not defined in this Order shall have the same meanings as provided to such terms in the Motion.

2

D.  If the Sale of 779 Stradella Road, Los Angeles, CA 90027 to DCM P-9 does not close by October 20, 2017, the court may permit a hearing to consider other offers to purchase and/or set an auction date for the sale of the real property pursuant to a separately filed Notice of Hearing following the continued status conference to be held on October 23, 2017 at 10:00 a.m..

### 

Date: November 6, 2017

Catherine Bauer
United States Bankruptcy Judge