| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt Avenue<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Bowery Investment Group, Inc. dba Bowery Design & Development | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>MT. YOHAI, LLC, a Delaware liability company,<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:16-bk-15157-CB<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT</u>
was lodged on (*date*) <u>October 6, 2017</u> and is attached. This order relates to the motion which is docket number <u>101</u>

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**
203891v1/1230.002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 6, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Scott A Kron    scott@kronandcard.com
- Marc Y Lazo    mlazo@whbllp.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 6, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor –
Mt Yohai, LLC, a Delaware Limited Liability Company - 3991 MacArthur Blvd., Suite 125 , Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 6, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Bankruptcy Judge Catherine E. Bauer
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 6, 2017 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# LODGED ORDER

293891v1/1230.002



**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, October 06, 2017

CONFIRMATION :

Your Lodged Order Info:
( 4700959.doc )
A new order and exhibit has been added

- **Office**: Santa Ana
- **Case Title**: Mt Yohai, LLC, a Delaware Limited Liability Compan
- **Case Number**: 16-15157
- **Judge Initial**: CB
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 101
- **On Date**: 10/06/2017 @ 01:16 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  CHAD V. HAES, #267221
   chaes@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt Avenue
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  SCOTT A. KRON, #237769
   scott@kronandcard.com
7  KRON & CARD LLP
   29222 Rancho Viejo Rd., Suite 114
8  San Juan Capistrano, California 92675
   Telephone: (949) 367-0520
9  Facsimile: (949) 613-8472

10 Attorneys for
   BOWERY INVESTMENT GROUP, INC.
11 dba BOWERY DESIGN & DEVELOPMENT

12
                UNITED STATES BANKRUPTCY COURT
13
        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
14

| In re | Case No. 8:16-bk-15157-CB |
|---|---|
| MT. YOHAI, LLC, a Delaware liability company, | Chapter 11 |
| Debtor and Debtor-in-Possession. | ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT |
| | ☒ EXHIBITS ATTACHED (PARTIES' SIGNATURE PAGE) |
| | Hearing  Date:  October 4, 2017  Time:  10:00 a.m.  Ctrm:  5D |

24    A hearing was held on October 4, 2017, at 10:00 a.m., before the Honorable Catherine E.
25 Bauer, United States Bankruptcy Judge for the Central District of California, on the Stipulation
26 ("Stipulation") between secured creditor Bowery Investment Group, Inc. dba Bowery Design and
27 Development ("Bowery"); and Mt. Yohai, LLC ("Debtor"), (collectively, "Parties"), filed on August
28 25, 2017, as Docket No. 101. Bowery appeared by and through their attorneys of record Marshack

4846-7353-7614. v. 1

1  Hays LLP by Richard A. Marshack and Debtor appeared by and through their attorneys of record
2  Goe & Forsythe, LLP by Marc Forsythe. All other appearances were as noted on the record.
3      For the reasons set forth in the Stipulation and on the record, the Court enters its Order as
4  follows:
5      IT IS ORDERED the Stipulation is GRANTED, (1) nothing contained in the Stipulation
6  alters the rights of senior lienholders on the Property; and (2) no sale proceeds shall be allocated to
7  paying the Allowed Claim unless and until all allowed senior liens are satisfied in full, or the holders
8  of such senior liens otherwise consent.
9      ###

4846-7353-7614. v. 1

**EXHIBIT – PARTIES' SIGNATURE PAGE] TO ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR BOWERY INVESTMENT GROUP, INC. DBA BOWERY DESIGN AND DEVELOPMENT**

Approved as to Form:

PACHULSKI STANG ZIEHL & JONES LLP

_____
Jeffrey W. Dulberg,
Attorneys for Genesis Capital, LLC

4846-7353-7614, v. 1