JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (sbn113608)
pshankman@jhindslaw.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Baylor Holding, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 8:16-bk-15156-CB<br><br>Chapter 11<br><br>**STIPULATION ALLOWING MANAGING MEMBER TO FILE COMPLAINT TO VOID PREFERENCE CLAIM**<br><br>(Filed with Proposed Order) |

**IT IS HEREBY STIPULATED** by and between 779 Stradella, LLC, a Delaware limited liability company, the Debtor and Debtor-In-Possession, on the one hand, and Baylor Holding, LLC, the managing member of the Debtor, on the other hand, acting through their respective attorneys of record as follows:

**WHEREAS**, Debtor filed its Chapter 11 proceeding on December 21, 2016. As of the date of this Stipulation there is no trustee appointed by the Office of the United States Trustee and the Debtor remains the debtor and debtor-in-possession in this case.

/ / /

1

STIPULATION ALLOWING MANAGING MEMBER TO FILE COMPLAINT TO VOID PREFERENCE CLAIM

**WHEREAS**, in the Debtor's investigation has uncovered that on or about December 19, 2016, Paul J. Manafort recorded a lien for $2,709,690.00 against the primary real property in the Estate commonly known as 779 Stradella Road, Los Angeles, CA.

**WHEREAS**, a review of the County records shows that the Paul J. Manafort lien was recorded just two days before the petition in this case was filed.

**WHEREAS**, the Debtor and Baylor Holding, LLC, the managing member of the Debtor have agreed that Baylor Holding, LLC may file all proceedings necessary and appropriate in the name of the Debtor to void and vacate the Paul J. Manafort lien for the benefit of the creditors of the Estate.

**THEREFORE**, the parties respectfully request that the Court grant the following relief:

(1)    Baylor Holding, LLC may file all proceedings necessary and appropriate in the name of the Debtor to void and vacate the Paul J. Manafort lien for the benefit of the creditors of the Estate.

(2)    And such other and further relief as the Court deems just and proper under the circumstances.

Dated: November 6, 2017        Respectfully submitted,

JAMES ANDREW HINDS, JR.
HINDS & SHANKMAN, LLP


By:    /s/ James Andrew Hinds, Jr.
       JAMES ANDREW HINDS, JR.
       Attorneys for and Baylor Holding, LLC


Dated: November 6, 2017        MARC C. FORSYTHE
                               GOE & FORSYTHE, LLP


By: _____
       Marc C. Forsythe
       Attorneys for Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

HINDS & SHANKMAN, LLP, 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

**A true and correct copy of the foregoing document entitled (*specify*): STIPULATION ALLOWING MANAGING MEMBER TO FILE COMPLAINT TO VOID PREFERENCE CLAIM will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 6, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 6, 2017** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2017 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Jeffrey W Dulberg**   jdulberg@pszjlaw.com

**Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

**Richard Girgado**   rgirgado@counsel.lacounty.gov

**Michael J Hauser**   michael.hauser@usdoj.gov

**James Andrew Hinds**   jhinds@jhindslaw.com, zbilowit@jhindslaw.com

**Marc Y Lazo**   mlazo@whbllp.com

**Kambiz J Shabani**   joseph@shabanipartners.com, kevin@shabanipartners.com

**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov


3. <u>**SERVED BY PERSONAL DELIVERY**</u>

Clerk to the Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**