| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>Frank M. Cadigan (State Bar No. 95666)<br>Assistant U.S. Trustee<br>Ronald Reagan Federal Building<br>411 West Fourth Street., #7160<br>Santa Ana, CA  92701<br>Tel: (714) 338-3400<br>Fax: (714) 338-3421<br>Email: Frank.Cadigan@usdoj.gov<br><br>☒ Attorney for: United States Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION** ||
| In re:<br>779 Stradella, LLC, a Delaware Limited Liability Company<br><br><br><br><br><br><br>Debtor. | CASE NO.: 8:16-bk-15156-TA<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7 |

PLEASE TAKE NOTE that the order titled ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7 was lodged on <u>November 22, 2017,</u> and is attached.  This order relates to the motion which is docket number #130.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Peter C. Anderson
United States Trustee
Michael Hauser, SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 Stradella, LLC, a Delaware Limited Liability Company<br><br><br><br><br>Debtor. | CASE NUMBER: **8:16-bk-15156-CB**<br><br>CHAPTER 11<br><br><br>ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7<br><br><br>Date:   November 22, 2017<br>Time:   10:00 a.m.<br>Courtroom:  5D<br>Address: 411 W. 4th St.<br>             Santa Ana, CA  92701 |

A hearing was held on November 22, 2017 at 10:00 a.m. before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on the Debtor's Motion for Order Establishing Sale Procedures for Real Property filed as Docket #130 ("Sale Procedures Motion").  Marc Forsythe appeared on behalf of the Debtor, Michael Hauser appeared on behalf of the United States Trustee, Jeff Dulberg, Esq. appeared on behalf of Genesis Capital, LLC, James Andrew Hinds, Jr., Esq., appeared on behalf of Baylor Holding, LLC, and Scott Kron, Esq. appeared on behalf of Bowery Design.

//

The Court having read and considered the Sales Procedure Motion and the pleadings filed in connection thereto, as well as the arguments of the above counsel, finds that for the reasons stated on the record: (1) cause exists to convert this case to one under chapter 7; (2) conversion is in the best interests of creditors and the estate; and (3) the Debtor did not carry its burden that unusual circumstances exist that would preclude conversion of this case.

**IT IS ORDERED:**

1. This case is converted to one under chapter 7.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave., #720, Riverside, CA  92501

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 22, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Marc C Forsythe     kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Richard Girgado     rgirgado@counsel.lacounty.gov
- Michael J Hauser     michael.hauser@usdoj.gov
- James Andrew Hinds     jhinds@jhindslaw.com, mduran@jhindslaw.com
- Marc Y Lazo     mlazo@whbllp.com
- Kambiz J Shabani     joseph@shabanipartners.com, kevin@shabanipartners.com
- Paul R Shankman     pshankman@jhindslaw.com, mduran@jhindslaw.com
- Rachel M Sposato     rsposato@jhindslaw.com, mduran@jhindslaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:  On **November 22, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**779 Stradella, LLC, a Delaware Limited Liability Company**
3991 MacArthur Blvd.
Suite 125
Newport Beach, CA 92660

Kron & Card LLP
29222 Rancho Viejo Rd, Ste 114
San Juan Capistrano, CA 92675-1043

//
//

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 22, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express Overnight Mail:**
Honorable Catherine Bauer, United States Bankruptcy Court, 411W. 4th St., 5th Floor, Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2017 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**