FILED & ENTERED

DEC 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**779 STRADELLA, LLC, a Delaware Limited Liability Company**<br><br>Debtor(s). | Case No. 8:16-bk-15156-CB<br><br>Chapter 7<br><br>ORDER TO WITHDRAW IMPROPERLY FILED CLAIM<br><br>Date: December 13, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5D<br>Address: 411 W 4th St, Santa Ana, CA 92701 |

    A hearing was held on December 13, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Objection of Baylor Holding, LLC to Claim #7-1 filed by DCM P-8, LLC filed November 13, 2017 as Docket #124 ("Objection").  Appearances were made as noted on the record.

//

//

//

Having reviewed Claim 7-1 and the related Objection, heard the discussion on the record and with good cause shown,

IT IS ORDERED:

1. Claim 7-1 was improperly filed and shall be withdrawn by Creditor as Official Form 410 Proof of Claim specifically states in the instructions printed at the top of the form, "Do not use this form to make a request for payment of an administrative expense.  Make such a request according to 11 USC § 503."  On page 2 of the proof of claim, #8 "What is the basis of the claim?" Creditor typed in "Administrative Expense pursuant to 11 USC section 503(b)."

2. The Objection is denied under a separate order.

###

Date: December 14, 2017

Catherine Bauer
United States Bankruptcy Judge