| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>James Andrew Hinds, Jr., SBN 71222<br>jhinds@jhindslaw.com<br>Paul R. Shankman, SBN 113608<br>pshankman@jhindslaw.com<br>Rachel M. Sposato, SBN 306045<br>rsposato@jhindslaw.com<br>Hinds & Shankman, LLP<br>21257 Hawthorne Blvd., 2nd Floor<br>Torrance, CA 90503<br>Tel: 310-316-0500<br>Fax: 310-792-5977<br><br>Attorneys for: Baylor Holding, LLC, Equity Creditor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 14 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>779 STRADELLA, LLC,<br>a Delaware limited liability company,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-15156-CB<br>CHAPTER: 7<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE:  December 13, 2017<br>TIME:   10:00 a.m.<br>COURTROOM: 5D<br>PLACE: 411 W 4th St, Santa Ana, CA  92701 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

| Calendar Number: 17.00     Claim Number:  7-1     Claim Amount: $207,065.80<br>Claimant Name: DCM P-8, LLC<br>☐ Disallowed.     ☐ Allowed     ☐ Unsecured: $     ☒ Denied without prejudice<br>Comments: |

### 

Date: December 14, 2017

*Catherine Bauer*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 3007-1.1.ORDER.OBJ.CLAIM**