Thomas H. Casey, SBN 138264
Law Office of Thomas H. Casey, Inc.
22342 Avenida Empresa, Suite 200
Rancho Santa Margarita, CA 92688
Tel: (949) 766-8787
Fax: (949) 766-9896
TomCasey@tomcaseylaw.com

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>779 STRADELLA, LLC, a Delaware Limited Liability Company,<br><br>           Debtor. | Case No. 8:16-bk-15156-CB<br><br>Chapter 7<br><br>**TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(f)(1)**<br><br>[No hearing required] |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

    Thomas H. Casey, Chapter 7 Trustee ("Trustee") for the bankruptcy estates of 779 Stradella, LLC, a Delaware Limited Liability Company ("Debtor") hereby submits a Report of Sale pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), Local Bankruptcy Rule 6004-1(g) and the Handbook for Chapter 7 Trustees, Chapter 4, page 17 as follows:

    1.    On April 13, 2018, I caused to be filed a Motion (1) Authorizing Sale of Real Property Free and Clear of all Liens Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving

1  Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-up Bidder as Good-Faith Purchasers Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens, and Other Ordinary Costs of Sale as Docket #183 ("Motion").

2. A hearing on the Motion was conducted on June 5, 2018.

3. By Order entered June 29, 2018, the Motion was granted and the real property located at 779 Stradella Road, Los Angeles, California 90077 was sold to RAFT Masterfund II, LLC (fka Genesis Capital Master Fund II, LLC) for the total purchase price of $104,000.

Respectfully submitted,

DATED: October 10, 2018    By: _____
Thomas H. Casey, Chapter 7 Trustee for the
Bankruptcy Estate of 779 Stradella, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA  92688

A true and correct copy of the foregoing document entitled (*specify*): **Trustee's Report of Sale/Settlement Pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 10, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Marc Y Lazo    mlazo@whbllp.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daren M Schlecter    daren@schlecterlaw.com, bgill@schlecterlaw.com
- Kambiz J Shabani    joseph@shabanipartners.com
- Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
- Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached age

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 10, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Interested Party**
Office of the United States Trustee
411 W. Fourth Street, Suite 7160
Santa Ana, CA  92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 10, 2018 | Kathy Driggers | /s/ Kathy Driggers |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE