JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Attorneys for Baylor Holding, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>779 STRADELLA, LLC, a Delaware liability company,<br><br>Debtor. | Case No. 8:16-bk-15156-CB<br><br>(Chapter 7)<br><br>**DECLARATIONS OF JAMES ANDREW HINDS, JR. AND JEFFREY C. YOHAI IN OPPOSITION TO THE TRUSTEE'S CLAIM OBJECTION**<br><br>DATE:  August 13, 2019<br>TIME:   2:30 p.m.<br>CTRM:  5D<br>ADDRESS: 411 West Fourth Street<br>              Santa Ana, CA 92701 |

I, James Andrew Hinds, Jr., declare and state as follows:

1.    I am an attorney duly licensed to practice law before this Bankruptcy Court and all of the Courts of the State of California and am the Managing Member of Hinds & Shankman, LLP (hereinafter referred to as "H&S"). I have read the Trustee's Objection to Claim #10-1 (hereinafter referred to as the "Claim Objection") and this Declaration is made in Opposition thereto. The matters set forth hereinbelow are true and correct. If called and sworn as a witness, I could and would testify competently thereto.

---

1

DECLARATIONS OF IN OPPOSITION TO THE TRUSTEE'S CLAIM OBJECTION

2. As set forth in the Proof of Claim, H&S was retained by Jeffrey Yohai and Baylor Holding, LLC in regard to the then pending chapter 11 cases filed for 779 *STRADELLA, LLC*, Case No. 8:16-bk-15156-CB, *MT. YOHAI, LLC*, Case No. Case No. 8:16-bk-15156-CB, and other matters filed before this and other Courts arising out of the development of the 779 *STRADELLA, LLC* and *MT. YOHAI, LLC* projects.

3. The H&S POC contains a copy of the signed Engagement Letter dated March 28, 2017. This Engagement Letter was modified and the scope of work requested of H&S was expanded to include: **(1)** the close supervision of counsel in the 779 *Stradella, LLC* and *Mt. Yohai, LLC* matters; **(2)** investigation into the validity of the junior liens recorded by Paul and Kathleen Manafort; **(3)** Baylor's efforts to negotiate takeout financing for Genesis Capital; **(4)** Baylor's efforts to obtain new money funding from, among others, Bridge Loan Financial, Olive Mortgage, and PCG Financial; and **(5)** Baylor's efforts to raise capital to have both 779 *Stradella, LLC* and *Mt. Yohai, LLC* exit bankruptcy. All of these efforts were solely for the benefit of 779 *Stradella, LLC* and *Mt. Yohai, LLC*.

4. 779 *Stradella, LLC*, was managed by its Managing Member, Baylor Holding, LLC. Yohai, in turn, acted as the Managing Member of Baylor and President and Chief Executive Officer of Baylor. Yohai was one of the initial investors in the 779 *Stradella, LLC* project.

5. *Mt. Yohai, LLC*, was managed by its Managing Member, Baylor Holding, LLC. Yohia, in turn, acted as the Managing Member of Baylor and President and Chief Executive Officer of Baylor. Yohai and Walter Kim were two of the initial investors in the *Mt. Yohia, LLC* project.

6. On or about December 21, 2016, 779 *Stradella, LLC* and *Mt. Yohai, LLC* both filed voluntary petitions under Chapter 11 of the Bankruptcy Code. At the time of these two filings Yohai was under medical care out of state and I am informed and believe and upon said information and belief assert that Yohai had instructed Paul Manafort and his professionals, including, but not limited to Matt Browndorf, to do what was necessary to protect Yohai's interests and the investments of Baylor in the real property assets contained

in *779 Stradella, LLC* and *Mt. Yohai, LLC*. The filing of the four chapter 11 cases was done on instructions from Paul Manafort and Matt Browndorf. Counsel for the Debtor entities was selected by Paul Manafort and Matt Browndorf.

7. As this Court is aware, and as portrayed in the press in regard to Paul Manafort's recent convictions in Virginia and New York, Paul Manafort engaged in a number of activities involving his real estate holdings and his claims to the real estate assets contained in the *779 Stradella, LLC* and *Mt. Yohai, LLC* Estates which have been proved to be illegal and fraudulent. These including allowing one of the Baylor chapter 11 entities to have its case dismissed this allowing for a friendly foreclosure which wiped out all of Yohai's and Baylor's earnest money in the real estate to be lost.

8. As a result of learning that the one of the chapter 11 cases had been dismissed without his consent and that all of Yohai's and Baylor's earnest money in the real estate to be lost, Baylor and Yohai retained H&S to monitor the remaining three chapter 11 cases and to make sure that actions were undertaken to assure that Yohai's instructions were followed and that Baylor's and Yohai's earnest money was not wasted.

9. As counsel for Baylor in the *779 Stradella, LLC* and *Mt. Yohai, LLC* cases, I learned that Paul and Kathleen Manafort asserted liens against real property in the *779 Stradella, LLC* and *Mt. Yohai, LLC* Estates. These bogus liens were apparently constructed by Paul Manafort and Matt Browndorf immediately before the chapter 11 cases were filed in order to hide Manafort's alleged investment in the four real estate projects and to convert real money invested by Yohia and his wife Jess Manafort, into the four real estate projects. Information supplied to me as part of Yohai's guilty pleas with the Department of Justice showed Paul Manafort and Matt Browndorf conspired to cheat the investors in the four real estate projects and to produce an asset for Manafort in regard to his illegal foreign entanglements.

10. Yohia did not trust that counsel for the three remaining chapter 11 debtors, Marc C. Forsythe, Esq., of Goe & Forsythe, LLP, was working independently for the interests of Baylor and the investors in the three remaining Debtors, and thus Baylor and

3

Yohai charged H&S to investigate the claims and liens made by Paul and Kathleen Manafort against real property in the *779 Stradella, LLC* and *Mt. Yohai, LLC* Estates. In this regard, I was charged with negotiating with Browndorf and his associate, Grace Kim, to have the liens asserted by Paul and Kathleen Manafort assigned back to Yohia and the other initial investors in the *779 Stradella, LLC* and *Mt. Yohai, LLC* projects. These negotiations were successful.

11. The Proof of Claim filed by H&S estimated the final fees associate with the engagement in the *779 Stradella, LLC* and *Mt. Yohai, LLC* cases at $200,000.00. The final fees incurred to defeat the Manafort lien claims and to protect the rights and interests of Baylor and Yohai are subject to final determination after the closing of the *779 Stradella, LLC* and *Mt. Yohai, LLC* cases. However, the bills generated by H&S for Baylor and Yohai contain privileged communications. H&S, Baylor and Yohai are willing to file redacted copies of the final fee bills with the court clerk and to provide un-redacted copies to the Court under seal.

I declare under the penalty of perjury and under the Laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 29th day of August 2019 at Torrance, California.

/s/  James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.

I, Jeffrey C. Yohai declare and state as follows:

1. I am an individual residing in the City of Los Angeles, California. I make this Declaration based upon my own personal knowledge. I am making this Declaration in response to the Trustee's Objection to the Proof of Claim filed by Hinds & Shankman, LLP (hereinafter referred to as "H&S POC") in the *779 Stradella, LLC* case (Case No. 8:16-bk-15156-CB) [Court Docket No. 260] and the Trustee's Objection to the Proof of Claim filed by H&S in the *Mt. Yohai, LLC* case (Case No. 8:16-bk-15157-CB) [Court Docket No. 292]. If called upon to testify to the statements made herein, I would do so truthfully under the penalty of perjury.

2. The Debtor, *779 Stradella, LLC*, is managed by its Managing Member, Baylor Holding, LLC. I, in turn, am the Managing Member of Baylor and President and Chief Executive Officer of Baylor.

3. The Debtor, *Mt. Yohai, LLC*, is managed by its Managing Member, Baylor Holding, LLC. I, in turn, am the Managing Member of Baylor and President and Chief Executive Officer of Baylor.

4. I reviewed the Trustee's Objections to the H&S POCs in the *779 Stradella, LLC* and in the *Mt. Yohai, LLC* Cases and the Trustee fails to understand the complex relationship between me, Baylor, the *779 Stradella, LLC* and the *Mt. Yohai, LLC* Debtors.

5. From the inception I was the general manager of the affairs of both *779 Stradella, LLC* and *Mt. Yohai, LLC*. I maintained accountings of money into and out of each entity. Except for a time in 2016 when I was hospitalized out of State, I was the person most knowledgeable of the affairs of both *779 Stradella, LLC* and *Mt. Yohai, LLC*.

6. Prior to the filing of the two chapter 11 cases described herein, my job was to locate real property to be developed across the Country, to arrange for purchase financing, and to develop plans for the renovation or development of the real property. Prior to the filing of the chapter 11 cases, I have obtained more than $15 million in real estate loans from Genesis Capital, a hard money lender located in Los Angeles, for the acquisition of real property. The stated purpose of the loans was to purchase and rehabilitate properties

1

at 2521 Nottingham Ave., Los Angeles (hereinafter referred to as "Mt. Yohai"), 2401 Nottingham Ave., Los Angeles (hereinafter referred to as "Nottingham"), 1550 Blue Jay Way, Los Angeles (hereinafter referred to as "Blue Jay") and 779 Stradella Rd., Los Angeles (hereinafter referred to as "Stradella").

7. On or about December 21, 2016, *779 Stradella, LLC* and *Mt. Yohai, LLC* both filed voluntary petitions under Chapter 11 of the Bankruptcy Code. At the time of these two filings I was under medical care out of state and I had instructed Paul Manafort and his professionals to do what was necessary to protect my interests and the investments of Baylor in the real property assets contained in *779 Stradella, LLC* and *Mt. Yohai, LLC*. As this Court is aware, and as portrayed in the press in regard to Paul Manafort's recent convictions in Virginia and New York, Paul Manafort engaged in a number of activities involving his real estate holdings and his claims to the real estate assets contained in the *779 Stradella, LLC* and *Mt. Yohai, LLC* Estates which have been proved to be illegal and fraudulent.

8. As a result of the chapter 11 filings in both the *779 Stradella, LLC* and the *Mt. Yohai, LLC* cases, I determined that counsel for the Debtors in both the *779 Stradella, LLC* and the *Mt. Yohai, LLC* cases may have been compromised by instructions given to counsel by or for Paul Manafort. As a result, I had Baylor retain H&S as its counsel to work with and monitor the actions of the two Debtors and their counsel. The work done by H&S was done at my specific request and was designed to make sure that the *779 Stradella, LLC* and the *Mt. Yohai, LLC* chapter 11 cases were being prosecuted for the benefit of the creditors and equity owners in each entity.

9. I have personally reviewed the H&S POCs in the *779 Stradella, LLC* case and in the *Mt. Yohai, LLC* case. I attest that the fees and costs incurred by H&S were solely for the benefit of the *779 Stradella, LLC* and the *Mt. Yohai, LLC* Estates. But for the actions undertaken by H&S on behalf of Baylor, as the managing member of *779 Stradella, LLC* and *Mt. Yohai, LLC*, I could not affirm that the chapter 11 cases were being prosecuted for the benefit of the Debtors' respective Estates and their creditors and equity owners.

2

DECLARATION OF JEFFREY C. YOHAI, MANAGING MEMBER OF DEBTOR AND OF BAYLOR HOLDING, LLC REGARDING OBJECTIONS TO THE HINDS & SHANKMAN, LLP PROOFS OF CLAIMS

10. For example, from late 2016 through late 2017, I attempted to refinance the loans against the above listed properties from hard money lenders. Acting through Baylor, and with the assistance of H&S, I made presentations to and among others, Bridge Loan Financial, Olive Mortgage, and PCG Financial. I presented current appraisal information on the real property in the *779 Stradella, LLC* and the *Mt. Yohai, LLC* Estates as well as a plan to take out the existing Genesis Capital loans to fund an exit from bankruptcy for both *779 Stradella, LLC* and *Mt. Yohai, LLC*. My efforts during this period were frustrated by actions undertaken by the US Attorneys' Office related to their ongoing investigation into the Paul Manafort frauds and conduct.

11. On February 26, 2018, I pled guilty to Title 18 United States Code Section 1349, Conspiracy to Commit Bank Wire Fraud before the Honorable Judge Andre Birotte. With the agreement of the US Attorney and as part of a confidential cooperation agreement with the US Attorneys' Office, my final sentencing was continued to 2019 and I was released on bond pending sentencing. Since then I was rearrested for alleged fraud and probation violations. As a result of my federal problems, all of the books and records of Baylor, *779 Stradella, LLC* and *Mt. Yohai, LLC* have been seized by the US Attorneys' Office. I no longer have access to the books and records of Baylor, *779 Stradella, LLC* and/or *Mt. Yohai, LLC* and therefore cannot, at this time, provide documentary evidence to support these statements.

12. As the Managing Member of Baylor and President and Chief Executive Officer of Baylor, I have had in my possession and under my control documents showing the requests made of H&S on behalf of *779 Stradella, LLC* and *Mt. Yohai, LLC* to protect the assets of these Estates. These actions included, without limitation, negotiations with professionals representing Paul Manafort to have the junior liens held by Paul and Kathleen Manafort against Baylor's real property assets removed because there was no value given by Paul and Kathleen Manafort for these recorded junior liens. All of the documents needed to challenge the junior liens claimed by Paul and Kathleen Manafort were solely in my possession prior to my arrest as described above.

3

| | |
|---|---|
|1| 13.    The H&S POCs contain copies of the signed Engagement Letter dated March |
|2| 28, 2017.  This Engagement Letter was modified and the scope of work requested of H&S |
|3| was expanded to include: **(1)** the close supervision of counsel in the *779 Stradella, LLC* and |
|4| *Mt. Yohai, LLC* matters; **(2)** investigation into the validity of the junior liens recorded by Paul |
|5| and Kathleen Manafort; **(3)** Baylor's efforts to negotiate takeout financing for Genesis |
|6| Capital; **(4)** Baylor's efforts to obtain new money funding from, among others, Bridge Loan |
|7| Financial, Olive Mortgage, and PCG Financial; and **(5)** Baylor's efforts to raise capital to |
|8| have both *779 Stradella, LLC* and *Mt. Yohai, LLC* exit bankruptcy.  All of these efforts were |
|9| solely for the benefit of *779 Stradella, LLC* and *Mt. Yohai, LLC*. |
|10| I declare under the penalty of perjury and under the laws of the United States of |
|11| America and the State of California that the foregoing is true and correct. |
|12| This Declaration was executed on this ___ day of August 2019 at Los Angeles, |
|13| California. |

_____
Jeffrey C. Yohai

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

HINDS & SHANKMAN, LLP, 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF JAMES ANDREW HINDS, JR. AND JEFFREY C. YOHAI IN OPPOSITION TO TRUSTEE'S CLAIM OBJECTION**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 29, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 29, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 29, 2019** | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Marc Y Lazo    mlazo@whbllp.com, rosie.cantillo.paralegal@gmail.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Kambiz J Shabani    joseph@shabanipartners.com
- Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
- David B Shemano    dshemano@shemanolaw.com
- Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**3. SERVED BY PERSONAL DELIVERY**

Clerk to the Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**