| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, SBN 133040<br>jgolden@wgllp.com<br>Faye Rasch, SBN 253838<br>frasch@wgllp.com<br>Ryan W. Beall, SBN 313774<br>rbeall@wgllp.com<br>Weiland Golden Goodrich LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Tel:   714-966-1000<br>Fax:   714-966-1002<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Thomas H. Casey, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**AUG 20 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY le        DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>779 STRADELLA LLC, a Delaware limited liability company,<br><br>                                               Debtor(s). | CASE NO.: 8:16-bk-15156-CB<br>CHAPTER: 7<br>**ORDER ON OBJECTIONS TO CLAIMS**<br>DATE: August 13, 2019<br>TIME: 2:30 p.m.<br>COURTROOM: 5D<br>PLACE: 411 W 4th St, Santa Ana, California 92701 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

| Calendar Number: 10.00 | Claim Number: 9-1 | Claim Amount: $200,000.00 |
|---|---|---|
| Claimant Name: Hinds & Shankman, LLP | | |
| ☒ Disallowed    ☐ Allowed    ☐ Unsecured: $ | | ☐ Priority: $ |

###

Date: August 20, 2019

*Catherine Bauer*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                                        Page 1                                                          F 3007-1.1.ORDER.OBJ.CLAIM