**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee,
Thomas H. Casey

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>779 STRADELLA, LLC., a Delaware Limited Liability Company,<br><br>Debtor. | Case No. 8:16-bk-15156-CB<br><br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO ENTER INTO COMPROMISE**<br><br>Date:  October 22, 2019<br>Time:  2:30 p.m.<br>Ctrm:  5D |

**TO ALL PARTIES IN INTEREST:**

   **PLEASE TAKE NOTICE** that Thomas H. Casey, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of 779 Stradella, LLC (the "Debtor"), has filed the *Chapter 7 Trustee's Motion for Order Authorizing Trustee to Enter into Compromise* (the "Motion").

   **PLEASE TAKE FURTHER NOTICE** that the Court will conduct a hearing on the Motion on **October 22, 2019**, at **2:30 p.m.**, or as soon thereafter as the matter may be heard, in Courtroom 5D of the above-captioned court located at 411 West Fourth Street, Santa Ana, California 92701.

1     **PLEASE TAKE FURTHER NOTICE** that the Motion is made pursuant to Federal Rule of Bankruptcy Procedure 9019 on the grounds that, based on the Trustee's sound business justification, approval of the Agreement is reasonable and in the best interest of the Estate.

    A copy of the Motion is on file with the Court and available by contacting counsel for the Trustee.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any party opposing the relief requested in the motion must file and serve a written opposition no later than fourteen (14) days prior to the hearing on the Motion.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

    **PLEASE TAKE FURHTER NOTICE** that any party requesting a copy of the Motion or any supporting documents filed with the Court with respect to the Motion may contact counsel for the Trustee, Ryan W. Beall, Weiland Golden Goodrich LLP by email at rbeall@wgllp.com, by mail at 650 Town Center Drive, Suite 600, Costa Mesa, California, or by telephone at (714) 966-1000.

Respectfully submitted,

Dated: September 23, 2019    WEILAND GOLDEN GOODRICH LLP

By:   */s/ Ryan W. Beall*
     RYAN W. BEALL
     Attorneys for Chapter 7 Trustee,
     Thomas H. Casey

1233750.1    2    NOTICE OF MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Motion for Order Authorizing Trustee to Enter Into Compromise</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>September 23, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>September 23, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>September 23, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/2019 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Oscar Estrada    oestrada@ttc.lacounty.gov
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Barry S Glaser    bglaser@lkfirm.com, ksimonian@lkfirm.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Michael J Hauser    michael.hauser@usdoj.gov
James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
Marc Y Lazo    mlazo@whbllp.com, rosie.cantillo.paralegal@gmail.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
Kambiz J Shabani    joseph@shabanipartners.com
Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com
David B Shemano    dshemano@shemanolaw.com
Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

~~779 Stradella, LLC~~
~~A Delaware Limited Liability Company~~
~~3991 MacArthur Blvd., Suite 125~~
~~Newport Beach, CA 92660-3049~~
**MAIL RETURNED 12/17/18**

Goe & Forsythe LLP
18101 Von Karman Ave, Suite 1200
Irvine, CA 92612-7119

Bay-Sam REI, LLC
1931 Benedict Canyon Drive
Beverly Hills, CA 90210-1401

Baylor Holding LLC
779 Stradella
Los Angeles, CA 90077-3307

Baylor Holding LLC
1931 Benedict Canyon Drive
Beverly Hills, CA 90210-1401

California TD Specialists
8190 East Kaiser Blvd.
Anaheim, CA 92808-2215

Crest Real Estate, LLC
11150 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064-1825

DCM P-8, LLC
c/o Wilson Keadjian Browndorf, LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319

Feffer Geological Consulting
1990 S. Bundy Dr #400
Los Angeles, CA 90025-5245

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Genesis Capital Master Fund II LLC
Jeffrey W. Dulberg
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

~~Genesis Capital Master Fund II, LLC~~
~~Attn Lending Department~~
~~21650 Oxnard Street, Suite 1700~~
~~Woodland Hills, CA 91367-5058~~
**MAIL RETURNED 09/11/19**

Hahn Fife & Company, LLP
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101-2193

Hinds & Shankman LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503-5501

~~Jeffrey Yohai~~
~~30254 Morning View Drive~~
~~Malibu, CA 90265-3617~~
**MAIL FORWARDED ON 04/18/18**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Jeffrey Yohai
779 Stradella Rd.
Los Angeles, CA 90077-3307

Los Angeles County
Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Los Angeles County Treasurer and Tax Collect
c/o Barry S. Glaser
333 S. Hope Street, Suite 3600
Los Angeles, CA 90071-3045

Los Angeles County Treasurer and Tax Colle
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

~~Makeda Ylma~~
~~7133 Kittyhawk Avenue~~
~~Los Angeles, CA 90045-2134~~
**MAIL RETURNED 02/11/19**

Mr. Speedy Plumbing and Roofing, Inc.
3130 E. Olympic Blvd.
Los Angeles, CA 90023-3602

PJNottingham, LLC
c/o Wilson Keadjian Browndorf, LLP
1900 Main Street, Suite 610
Irvine, CA 92614-7319

Parker Resnick
1927 Pontius Avenue
Los Angeles, CA 90025-5611

Paul Manafort
721 Fifth Avenue #43G
New York, NY 10022-2537

Steve Opdahl Surveying
206 Dryden St.
Thousand Oaks, CA 91360-5303

The Tree Resource
PO Box 49314
Los Angeles, CA 90049-0314

Vantage Design Group
2634 S. La Cienega Blvd.
Los Angeles, CA 90034-2604

Walter Kim
Yoki Group LLC
33 Union Sq. West 4r
New York, NY 10003-3214

Marc C. Forsythe
18101 Von Karman, Suite 1200
Irvine, CA 92612-7119

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**