Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Thomas H. Casey

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>779 STRADELLA, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No.  8:16-bk-15156-CB<br><br>Chapter 7<br><br>**OBJECTION TO CLAIM NO. 3-1 FILED BY VANTAGE DESIGN GROUP, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF THOMAS H. CASEY IN SUPPORT**<br><br>DATE:   June 30, 2020<br>TIME:    2:30 p.m.<br>PLACE: Courtroom 5D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, VANTAGE DESIGN GROUP, INC. AND ITS COUNSEL OF RECORD, IF ANY:**

Thomas H. Casey, the chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of 779 Stradella LLC ("Debtor"), files this *Objection to Claim No. 3-1 Filed by Vantage Design Group, Inc.* (the "Objection").  In support of the Objection, the Trustee submits the following memorandum of points and authorities and his declaration (the "Casey Declaration").

## I. INTRODUCTION

The Trustee objects to Claim No. 3-1 ("Claim") filed by Vantage Design Group, Inc. ("Vantage"). By this Objection, the Trustee respectfully requests that the Court disallow the Claim in its entirety as the Claim does not contain any evidence of any work performed by the Claimant that underlies the Claim. In the alternative, the Trustee requests the Court reclassify the Claim from a secured claim to an unsecured claim as the Claim is predicated upon an unperfected mechanics lien that is unenforceable. Based upon the foregoing, the Trustee requests that the Court enter an order reclassifying the Claim as a general unsecured claim.

## II. FACTUAL BACKGROUND

On December 21, 2016, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. *See* Docket No. 1.[1] The Debtor's case was converted to one under Chapter 7 by order entered on December 1, 2017. Thomas H. Casey was appointed the Chapter 7 trustee on December 4, 2017.

The Debtor's sole asset is the real property located at 779 Stradella Road, Los Angeles, California 90027 (the "Property"), which the Debtor scheduled with a value of $8.6 million which was sold by the Trustee pursuant to the Court's order approving the sale on June 29, 2018. Vantage filed a proof of claim, no. 3-1, on June 21, 2017, asserting a $63,352.43 mechanics claim secured on the Debtor's Property. The Claim contains a copy of a recorded "Mechanics' Lien Claim" with a recording date of December 15, 2016. No other documents are attached to the Claim.

## III. THE CLAIM

A copy of the Claim is attached to this Objection and identified by the Court's docket number pursuant to Local Bankruptcy Rule 3007-1:

| Claim | Claimant | Date Filed | Amount and Classification |
|-------|----------|------------|---------------------------|
| 3-1   | Vantage Design Group, LLC | 6/21/2017 | $63,352.43 |

---

[1] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| | | | Secured Claim |
|---|---|---|---|

## IV. LEGAL ANALYSIS

Federal Rule of Bankruptcy Procedure 3001(f) provides in relevant part

> A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity of the amount of the claim.

Section 502(a) of the Bankruptcy Code also provides that "[a] claim or interest proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). A claim will not be allowed to the extent that the claim is "unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured . . . ." 11 U.S.C. § 502(b)(1). The claimant must establish by a preponderance of the evidence that its claim should be allowed. The ultimate burden of persuasion is on the claimant. *See Lundell v. Anchor Construction Specialists, Inc. (In re Lundell),* 223 F.3d 1035, 1039 (9th Cir. 2000); *Bitters v. Networks Elec. Corp. (In re Networks Elec. Corp.),* 195 B.R. 92, 96 (B.A.P. 9th Cir. 1996).

### A. The Claim Should Be Disallowed

The claimant must establish by a preponderance of the evidence that its claim should be allowed. The ultimate burden of persuasion is on the claimant. *See Lundell v. Anchor Construction Specialists, Inc. (In re Lundell),* 223 F.3d 1035, 1039 (9th Cir. 2000); *Bitters v. Networks Elec. Corp. (In re Networks Elec. Corp.),* 195 B.R. 92, 96 (B.A.P. 9th Cir. 1996).

The Claimant has produced no information or documentation to support the Claim. Claimant has introduced no evidence that either a claim exists, or that the Debtor is liable for such claim. Rather, the Claimant merely attached a Mechanics Lien, without any evidence of work done to warrant the Claim. In the absence of such evidence, the

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Claimant has not met its burden with respect to the Claim's validity against the Debtor. As a result, the Trustee requests that the Court disallow the Claim in its entirety.

### B. **Vantage is Not Entitled to a Secured Claim on the Basis of its Proof of Claim**

If the Court determines that the Claim should not be disallowed, the Court should reclassify the Claim from secured to a general unsecured claim as the Claim provides no legal basis for such a secured classification. The Claim is based upon a mechanics lien in the approximate amount of $63,352.43. A mechanics lien can be secured upon property of a debtor, but must be perfected to retain validity. A mechanic's lien is perfected by filing a claim of lien within certain time limitations and by meeting other statutory requirements. *Shady Tree Farms, LLC v. Omni Financial, LLC*, 206 Cal.App.4th 131, 135 (2012). One of those statutory requirements is found in California Code of Civil Procedure § 8460(a) which states that "[t]he claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable." Cal. Code Civ. Proc. § 8460(a). Without perfection, the mechanics lien expires and is unenforceable, even if it is recorded.

Vantage recorded its "Claim of Mechanics Lien" on December 15, 2016. Therefore, in order to properly perfect the mechanics lien under Cal. Code Civ. Proc. § 8460(a), Vantage was required to commence an action to enforce the lien within 90 days of recordation. Failure to do so results in the claim of lien expiring and becoming unenforceable. There does not appear to be any evidence that Vantage has commenced an action to enforce the mechanics lien. Thus, as prescribed in Cal. Code Civ. Proc. § 8460(a), the lien has not been properly perfected. As of the Petition Date, Vantage did not have a valid mechanics lien. As a result, Vantage's mechanic's lien does not attach to any property of the Debtor.

Due to its failure to commence an action to enforce the mechanics lien, Vantage's mechanic's lien is not secured by any property of the Debtor. Therefore, the unperfected

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

mechanics lien cannot be the basis for a secured claim against Debtor and no other basis is provided for a secured classification in the Claim. Therefore the Claim should be allowed as a general unsecured claim only.

## V. RESERVATION OF RIGHTS

The Trustee reserves the right to object to the Claim on any other grounds to the extent he determines an objection is warranted.

## VI. CONCLUSION

The Trustee respectfully requests that the Court enter an order sustaining the Objection and disallowing the Claim in its entirety, or in the alternative, reclassifying the Claim as a general unsecured claim.

Respectfully submitted,

Dated: May 29, 2020                     WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
    JEFFREY I. GOLDEN
    BETH E. GASCHEN
    RYAN W. BEALL
    Attorneys for Chapter 7 Trustee
    Thomas H. Casey

Case 8:16-bk-15156-SC    Doc 298    Filed 05/29/20    Entered 05/29/20 10:24:23    Desc
Main Document    Page 6 of 16

## DECLARATION OF THOMAS H. CASEY

I, Thomas H. Casey, declare as follows:

1. I am the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of 779 Stradella, LLC (the "Debtor"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Objection to Claim No. 3-1 Filed by Vantage Design Group, Inc.* (the "Objection"). All terms not defined herein shall have the meaning ascribed to them in the Objection.

2. According to the proceeding's docket, on December 21, 2016, the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Bankruptcy Code. The Debtor's case was converted to one under chapter 7 by order entered on December 1, 2017, and on December 4, 2017, I was appointed chapter 7 trustee.

3. Based upon my review of the Debtor's Schedules, the Debtor's sole asset available for the distribution to unsecured creditors is real property located 779 Stradella Road, Los Angeles, California 90027. The Property was sold pursuant to the Court's order entered on June 29, 2018.

4. Based upon my review of the docket, Vantage filed a proof of claim, No. 3-1, asserting a $63,352.43 mechanics lien secured on the Property, which is identified by the Court's docket number pursuant to Local Bankruptcy Rule 3007-1 and attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of May, 2020, at Rancho Santa Margarita, California.

_____
Thomas H. Casey

# CLAIM #3-1

Fill in this information to identify the case:

Debtor 1    779 STRADELLA, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL District of SANTA ANA DIVISION

Case number    8:16-bk-15156-CB



FILED
JUN 21 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                 Deputy Clerk

Official Form 410

# Proof of Claim    12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**    VANTAGE DESIGN GROUP, INC
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   VANTAGE DESIGN GROUP
   2634 S. LA CIENEGA BLVD
   LOS ANGELES, CA 90034
   
   Contact phone  310.7306776
   Contact email  ADMIN@VANTAGEDESIGNGROUP.COM
   
   Where should payments to the creditor be sent? (if different)
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

Case 8:16-bk-15566-CSB   Claim 29-1   Filed 06/29/17   Desc Main Document   Page 2 of
Case 8:16-bk-15566-CSB   Doc 291   Filed 05/29/17   Entered 05/29/17 12:24:27   Page 9 of
Main Document   Page 9 of 16

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. How much is the claim? | $ _63,352.43_ . Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_SERVICES PERFORMED &_<br>_REIMBURSABLE COSTS INCURRED._ |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _63,352.43_<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _10_ %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06 / 19 / 2017
                  MM / DD / YYYY

Signature: /s/ Jill Stevens

Print the name of the person who is completing and signing this claim:

Name: JILL AMBER STEVENS
       First name  Middle name  Last name

Title: OFFICE MANAGER

Company: VANTAGE DESIGN GROUP, INC.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 2634 S. LA CIENEGA BLVD
         Number  Street
         LOS ANGELES, CA 90034
         City                State  ZIP Code

Contact phone: 310 730 6776    Email: ADMIN@VANTAGEDESIGNGROUP.COM

Official Form 410    Proof of Claim    page 3

**This page is part of your document - DO NOT DISCARD**



## 20161589018



Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/15/16 AT 08:04AM**

| | |
|---|---:|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



**LEADSHEET**



201612153000011

**00013066557**



007994696

**SEQ:
01**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**


E530907

Recording requested by (name):
Vantage Design Group, Inc

When recorded, mail to (name and address):
Vantage Design Group, Inc

2634 S. La Cienega Blvd

Los Angeles, CA 90034

Attn: Dominic Filosa

Document Number: 13066557

Batch Number: 7994696

Recorder's Use Only

# MECHANICS' LIEN CLAIM
(Cal. Civ. Code § 8416)

1. <u>Vantage Design Group, Inc</u> ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of <u>Los Angeles</u>, State of California, and more particularly described as (address and/or sufficient description): <u>779 Stradella Road Los Angeles, Ca 90069 (APN 4369022017)</u>

2. After deducting all just credits and offsets, the sum of <u>$63,352.43</u>, together with interest at the rate of <u>10%</u> per annum from <u>4/14/2016</u> (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Design Services

3. Claimant furnished the labor or services or equipment or materials, at the request of
<u>779 Stradella, LLC</u> (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
779 Stradella, LLC, 779 Stradella Rd, Los Angeles, CA 90077 Attn: Jeff Yohai

5. Claimant's address is:
2634 S. La Cienega Blvd, Los Angeles, CA 90034

Dated 11/09/16

(Signature)
DOMINIC FILOSA
VANTAGE DESIGN GROUP

## VERIFICATION

I, Dominic Filosa, am the: Partner/Principal ("owner," "president," "authorized agent," "partner," etc) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 11/09/16

(Signature)
PRINCIPAL/VANTAGE
DESIGN GROUP

# NOTICE OF MECHANICS LIEN CLAIM
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

## PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Dominic Filosa _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: 779 Stradella LLC, LLC / Jeffrey Yohai

Title or capacity of person served (if appropriate): _____

Service address: 779 Stradella Rd. Los Angeles, CA 90077

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on 11-08 _____, 20 16 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____ (Signature of person making service)

DOMINIC FILOSA
PRINCIPAL / VANTAGE DEMON GROUP

## ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on 11/08/16 _____, 20 _____ (date) at _____ (city), _____ (county), California.

By: _____ (Signature of person making service)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Objection to Claim No. 3-1 Filed by Vantage Design Groupl, Inc., Memorandum of Points and Authorities; and Declaration of Thomas H. Casey in Support
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Vantage Design Group
2634 S. La Cienega Blvd.
Los Angeles, CA 90034

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 29, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2020 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Oscar Estrada    oestrada@ttc.lacounty.gov
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Barry S Glaser    bglaser@lkfirm.com, ksimonian@lkfirm.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Michael J Hauser    michael.hauser@usdoj.gov
James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
Marc Y Lazo    mlazo@whbllp.com, rosie.cantillo.paralegal@gmail.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
Kambiz J Shabani    joseph@shabanipartners.com
David B Shemano    dshemano@shemanolaw.com
Rachel M Sposato    rsposato@hindslawgroup.com, mduran@hindslawgroup.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**